

FILED
APR 01 2025
CLERK'S OFFICE
DETROIT

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,
    Petitioner,

Case No 2:25-cv-10754

Vs
MATTHEW MCCAULEY,
    Respondent(s),
_____/

Honorable Mark A. Goldsmith

PETITIONERS DEMAND FOR IMMEDIATE RELEASE FROM RESPONDENTS CUSTODY
AND MOTION FOR IMMEDIATE RELEASE ON BOND PENDING FULL REVIEW
OF THE ENTIRE PETITION FOR WRIT OF HABEAS CORPUS
INCLUDING ANY TRANSFER OF THIS HABEAS CORPUS TO
THE WESTERN DISTRICT OF MICHIGAN COURT JURISDICTION OR
PROCEEDINGS AND RELEASE FROM CUSTODY ON ALL OFFENSES

    Petitioner, Derrick Lee Cardello-Smith, in the above cause, hereby moves this Court to GRANT IMMEDIATE RELEASE ON BOND PENDING FULL REVIEW OF THE WRIT OF HABEAS CORPUS PROCEEDINGS AND RELEASE FROM CUSTODY OF THE RESPONDENTS and in support of this Motion, States the following factors detailed within the Brief in Support.

Respectfully Yours,

/s/ Derrick Lee Smith
Mr. Derrick Lee Cardello-Smith
#267009
Pro Se Petitioner
Ionia Bellamy Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, MI 48846

## BRIEF IN SUPPORT OF IMMEDIATE RELEASE

Petitioner Demands Immediate Release on Bond Pending Full review of the Writ of Habeas Corpus Proceedings due to the following clearly established facts that are not disputed by the respondents in anyway and as follows:

1. The respondents have held Petitioner on false Charges since 1997.
2. The Petitioner was never found guilty at a Jury Trial, Nor a Bench Trial.
3. Petitioner never plead Guilty only No-Contest, which is NOT AN ADMISSION OF GUILT.
4. Respondents have conspired to convict this Petitioner for the reasons outlined in the Original Habeas Petition.
5. Petitioner has been held illegally since 1997 and has had every single appeal denied, because of the direct interference with the Respondents in many various ways and has continued to do so, to the date of this filing.
6. The Respondents are relying on this court doing the same routine acts of, a, transferring this case to the Western District, b, Transferring it to the 6th Circuit for Authorization to file a Second or Successive where they can use their influence to deny it, c, just deny petitioner the relief sought.
7. The Petitioner has demonstrated with OFFERS OF PROOF that show the vast range of people involved in keeping this petitioner held In Custody Illegally contrary to the State and Federal Constitutions.
8. Petitioner should be granted IMMEDIATE RELEASE based on the grounds in the Habeas Petition.
9. Petitioner is entitled to relief pending ANY AND ALL COURT PROCEEDINGS IN THIS MATTER and Demands Release from the respondents Custody.
10. Petitioner asks to be released on Bond Pending All Reviews of Every facet of this Habeas Petition, including any orders of this court being entered and pending any issues that this Court decides or chooses to not decide, but it is in the interest of Justice to Allow this petitioner to be released from custoday.
11. Petitioner states that this Court should allow the petitioner to be released from custody as that these events happened in Detroit and originated in Detroit, and Petitioners Innocence Demands it to be allowed as that I AM INNOCENT AND FRAMED BY RESPONDENTS AND DENIED MY RELIEF BY RESPONDENTS, AND I HAVE BEEN DENIED <u>MY RIGHTS TO DUE PROCESS OF LAW BY THE RESPONDENTS ACTIONS WHILE THEY ARE IN OFFICE, CONTRARY TO THE STATE AND FEDERAL CONSTITUTIONS.</u>
<u>I STATE THAT THE RESPONDENTS HAVE NOT DENIED ANY OF THIS AT ANY POINT, BECAUSE THEY CANOT DENY IT.</u>
12. Petitioner States that the Offers of Proof, the Affidavits, The Petitioners Claims and many many Appeals over the years stressing innocence, and the Actions of the respondents all mandate, demand and require this court to GRANT IMMEDIATE RELEASE FROM CUSTODY and petitioner moves this Court to Grant it.

## RELIEF SOUGHT

Wherefore, Petitioner should be granted the relief sought and granted RELEASE IMMEDIATELY from the custody of the respondents and during the entire review process of the habeas corpus proceedings, and grant any further relief this Court deem necessary and appropriate.

2.

Respectfully Yours,

*Derrick Lee C. Smith*

Mr. Derrick Lee Cardello-Smith
#267009
Ionia Bellamy Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, MI 48846

3,

**NAME:** Mr Derrick Lee Cardello-Smith
**Number:** #267009
**Address:** Ionia Bellamy Creek Correctional Facility
**Address:** 1727 W. Bluewater Highway
Ionia, MI 48846

Mailed on 3-27-25

GRAND RAPIDS MI 493
28 MAR 2025 PM 2 L

Office of the Clerk
United States District Court
Theodore Levin US Courthouse
231 W. Lafayette Blvd-room 564
Detroit, MI 48226

RECEIVED
APR 01 2025
CLERK'S OFFICE
DETROIT

48226-271639

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT © USPS 2019

FSC MIX Envelope FSC C137131