UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH, #267009
    Petitioner,

Matthew Macauley, Warden,
SEAN COMBS, et al
    Defendants,
_____/

File # 2;25-cv-10754

Honorable Mark Goldsmith

FILED
APR 04 2025
CLERK'S OFFICE
DETROIT

NOTICE OF INTENT TO CALL
MATERIAL WITNESS SEAN COMBS
TO TESTIFY UNDER OATH AS TO HIS ROLE
IN INCARCERATING THE PETITIONER TO
COVER-UP HIS OWN CRIMES COMMITTED UPON PETITIONER AND OTHERS

    PLEASE TAKE NOTICE that I, Mr. Derrick Lee Cardello-Smith, hereby notifies this Court of the Plaintiffs Witness List, and Identifies the Material Witness SEAN JOHN COMBS as a Witness to attest to the following factors:
    1. Sean John Combs used his Power, Money and Criminal Enterprise to Have the Petitioner Cardello-Smith Incarcerated in 1997 through 2025.
    2. Material Witness Sean John Combs used his Power to Order Respondents Chief Wayne County Prosecutor Kym L. Worthy, Assistant Wayne County Prosecutor Suzette Samuels, and Member of the Detroit Police Department to Frame the Petitioner  for Crimes that are now before the Jurisdiction of this Court.
    3. Material Witness Sean John Combs Gave Orders to Civilians to Tetsify Falsely against this Petitioner in the 36th District Court that the Petitioner Sexually Assaulted them, and used his power and money to effect the false charges of kidnapping and rape that this petitioner entered please of NO CONTEST to, because the Respondent threatened to literally 'WIPE THE PETITIONERS FAMILY AND FRIENDS FROM THE FAlE OF THE EARTH."
    4. Petitioner Submits to this Court that the Respondent Sean combs and CO-Respondents have all worked together to frame this Petitioner for crimes the Petitioner did not do and is innocent of.
    5. Petitioner Demands that the Material Witness of Sean John combs a/k/a/ P. Diddy, be called to testify at the Court for his role in framing this Petitioner and having this Petitioner be held in custody since 1997.
    6. Petitioner states that the Affidavits of the Other Key Witnesses involved with these matters of having this Petitioner serving on false charges that the Petitioner never entered a Plea of Guilty to and never was found guilty by a judge nor a jury.
    7. Petitioner states that the reason the respondent Put this Petitioner in state Prison0 was for the purpose of ENSURING THAT THE PETITIONER DID NOT HAVE A CLAIM FOR THE PETITIONERS RIGHTFUL ACCESS TO 49% OF THE RESPONDENTS EMPIRES AS AN EARLY INVESTOR INTO BAD BOY RECORDS and to COVER UP THE SEXUAL ASSAULT OF THIS PETITIONER BY THE RESPONDENT.

8. Petitioner states that the respondents, actions have resulted in material prejudice to this Petitioner because of Material Witness Sean Combs.
As such, petitioner reserves the right to call Sean John Combs as a witness to testify to these factors in this Court.

Petitioner intends to call SEAN COMBS as a material witness to this Writ of Habeas Corpus being Granted.

Thank you for your time in this matter.

Respectfully Yours,

Mr. Derrick Lee Cardello-Smith
#267009
IBC-1727 W. Bluewater Highway
Ionia, MI 48846

2.

```
                    Mr. Derrick Lee Cardello-Smith
                              #267009
                    IBC-1727 W. Bluewater Hwy
                         Ionia, MI 48846

                         March 30, 2025
```

Office of the Clerk
United States District Court
Theodore Levin US Courthouse
Case Processing Section-Room 564
231 W. Lafayette Blvd
Detroit, MI 48226

    Re: Derrick Lee Cardello-Smith v. McCauley, et al
    Case No 2:25-10754

Dear Clerk:

    Enclosed for filing in the above cause, the following documents for placement on the Court record:
    1. 1. MATERIAL WITNESS LIST AND PURPOSE OF CALLING NAMED WITNESSES.
    2. Proof of Service

    Please Place this on the Courts Docket for review and Consideration in the case poroceedings.

Thank you for your time,

Respectfully yours,

Mr. Derrick Lee Cardello-Smith

**NAME:** Mr. Derrick Lee Cardello-Smith
**Number:** #267009
**Address:** Ionia Bellamy Creek Correctional Facility
**Address:** 1727 West Bluewater Highway
Ionia, MI 48846

Mailed on 3-30-25

RECEIVED
APR 04 2025
CLERKS OFFICE
DETROIT

U.S. MARSHALS

GRAND RAPIDS MI 493
1 APR 2025 AM 6 L

Office of the Clerk
United States District Court
Theodore Levin US Courthouse
Room 564
231 W. Lafayette Blvd
Detroit, MI 48226

48226-271839