UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH, #267009,
   Petitioner,

Case No 2:25-10754

Vs
MACAULEY,
SEAN COMBS,
KYM WORTHY, et al
   Respondents,
_____/

Honorable Mark Goldsmith

FILED
APR 25 2025
CLERK'S OFFICE
DETROIT

PETITIONERS SUBMISSION OF AFFIDAVIT OF MARIO GOODWIN
FINANCIAL SERVICES TRANSACTION PROVIDER CONFIRMING PAYMENTS MADE
TO WORTHY, PENMAN, WAYNE COUNTY AND PRISON OFFICIALS ON ORDERS
OF RESPONDENT SEAN JOHN COMBS PER CONTRACTUAL AGREEMENTS

   Petitioner Derrick Lee Cardello-Smith, hereby provides this Court with the Affidavit of Mario Goodwin, Financial Transaction Services Provider, confirming that he has made payments of thousands of Dollars on Behalf of Sean John Combs, a/k/a/ P. Diddy to the Respondents, Kym Worthy, Suzette Samuels, Patricia Penman, Wayne County Officials, Judges, Court Officials, Prison staff, and Michigan Officials, for an extended period of time.
   I state that this Affidavit if real, true and confirms that they were making these payments this very month, while the Petitioner has been fighting to gain freedom and has been doing so for years.
   This is further confirmation of the Petitioners claims that these individuals who have worked to frame this Petitioner and Incarcerate this Petitioner and requires this Court granting a hearing for this testimony to be conducted in this matter.

Thank you for your time.

Respectfully Yours,

/s/ Derrick Lee Cardello-Smith

Mr. Derrick Lee Cardello-Smith
#267009
Pro Se Petitioner
Ionia Bellamy Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, MI 48846

April 21, 2025

State of Michigan )
                  ) ss
County of Ionia   )

## AFFIDAVIT OF MARIO GOODWIN

The undersigned person, MARIO GOODWIN, having been sworn and duly deposed, says the following attestation,

1. I am a Financial Transaction Services Provider for the County of Wayne, Macomb, Ionia, Genesee, Kent and Kalamazoo.
2. On April 3, 2025, I made personal contact for the Transfer of Funds to Mr. Sean Flemings, Certified Notary Public, in the amount of $71,000.00.
3. On April 4, 2025, I made personal contact for the Transfer of Funds to Suzette Samuels, Assistant Wayne County Prosecutor in the amount of $16,000.00.
4. On April 4, 2025, I made personal contact for the Transfer of Funds to Mrs. Nicole Sanistaj in the amount of $41,000.00.
5. On April 13, 2025, I made personal contact for the Transfer of Funds to Kym L. Worthy in the amount of $14,000.00.
6. On April 8, 2025, I made personal contact for the Transfer of Funds to Andrea Walker in the amount of $29,000.00.
7. On April 14, 2025, I made personal contact for the Transfer of Funds to Mrs. Carli Carpenter the amount of $20,000.00.
8. On April 2, 2025, I made personal contact for the Transfer of Funds to Bridget Hathaway, Detroit, Michigan in the amount of $11,000.00.
9. I met with Officers at the Muskegon Correctional Facility, Ernest C. Brooks Correctional Facility and Several Ionia County Prisons named John Fager, Juan Flaco, Mr. Klurdy, Mr. Miller, Mr. Jason Brock, Mr. Kluty, and 14 other Employees of the MDOC for the confirmation of their Transactions of $1,000.00 each in compliance with their actions as to Mr. Cardello-Smith #267009.
10. These transactions were done on the Instructions of my Main Contractor, Mr. Sean John Combs, of bad Boy records, holdings LLC.
12. These transactions were completed and made upon the Ongoing Financial Agreements I was retained for in April 2018 and will expire in August 2026.
13. I have been in contact with many Wayne County Officials that are now the Subject of Mr. Cardello-Smith's quest for his freedom and I will attest to these events upon the request being made by any Official, Court, Person or other.

### ATTESTATION

I swear the above events are true, real, accurate and based on my own personal knowledge, information, belief and experience and swear this under the penalty of perjury.

Subscribed and sworn before me on April 15, 2025, County of Ionia.

*[Signature: Mario Goodwin]*

Mr. Mario Goodwin
FTSP
135 Main Street
Ionia, MI 48846

*[Signature: E. Simon]*

E SIMON
NOTARY PUBLIC, STATE OF MI
COUNTY OF IONIA
MY COMMISSION EXPIRES Mar 18, 2029
ACTING IN COUNTY OF Ionia



GRAND RAPIDS MI 493

22 APR 2025 AM 5 L

NAME: Mr. Darrick Lee Cardello-Smith
Number: #267009
Address: Ionia Bellamy Creek Correctional Facility
Address: 1727 West Bluewater Highway
Ionia, MI 48846

Mailed on April 21, 2025

Case No 2:25-cv-10754

RECEIVED
APR 25 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

Office of the Clerk
United States District Court
Theodore Levin US Courthouse
Case Processing Section-Room 564
231 W. Lafayette Blvd
Detroit, MI 48226

48226-279426