UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
MAY 30 2025
CLERK'S OFFICE
DETROIT

DERRICK LEE CARDELLO-SMITH, #267009,
   Petitioner,

Vs

MACAULEY,
SEAN COMBS, et al
   respondents, et al
_____/

Case No 2:25-cv-10754
Honorable Mark Goldsmith

### MOTION FOR THE COURT TO ORDER RESPONDENTS TO PROVIDE ONE COPY OF THE ENTIRE RECORD OF PETITIONERS INMATE FILE THAT WAS SUBPOENAED BY RESPONDENTS ATTORNEY KRISTOFFER BUTLER ON APRIL 29, 2025 TO PROTECT THE INTEGRITY OF THE INMATE FILE AND TO ENSURE THAT RESPONDENTS DO NOT ALTER THE CONTENTS OF THE INMATE FILE

   Petitioner, Derrick Lee Cardello-Smith, hereby moves this Court to enter an order directing the respondents Attorney Kristoffer Butler, to ensure that the INMATE FILE it has subpoenaed from the Michigan Department of Corrections is in fact PRESERVED and the INTEGRITY OF IT IS NOT ALTERED and that the Actual File is sent to the Court for preservation of it and that it is done by ATTESTATION that the Inmate file it has sought and received from the MDOC is in fact the INMATE FILE it requested and to ensure that the respondents do not alter it or forge anything in it and then make it appear as if it were the Petitioner who is telling a lie when it supports Petitioners claims that the Wayne County Prosecutor, The Michigan Attorney General, the Michigan Department of Corrections, Sean Combs, and Petitioner entered into the plea agreement in 1997 and again in 2019.

   In support, Petitioner states the following:

   1. Petitioner has been served a copy of a Subpoena from Kristoffer Butler demanding that the MDOC OFFICE OF LEGAL AFFAIRS, ADMINISTRATOR MR. JARED WARNER ESQUIRE PRODUCE BY MAY 27, 2025 one copy of the PETITIONERS INMATE FILE that is kept in the possession of the MDOC.
   2. Petitioner also confirmed that the Attorney Kristoffer Butler sought Phone Calls, JPAY's and other information of this Petitioner.
   3. Petitioner cannot and does not trust Kristoffer Butler, nor anyone in Wayne County or the Michigan Department of Corrections, because they have FORGED AND ALTERED DOCUMENTS many times in the past and then lied and said it was the Petitioner who presented forged documents, when that is further form the truth and in order to ensure that does not happen, Petitioner seeks an order from the court directing it to be provided to this Court in the way of Quality Assurance.
   4. It is in the Respondents Interest to Obtain it from the MDOC, Then Alter it and try to manipulate those records and then present it to the Court, or other people.
   5. They have done this and will most certainly do it again.

1.

6. the only way to ensure that this does not happen is to order the Attorney Kristoffer Butler and Mr. Jared Warner of the MDOC to Send ONE COPY OF THE INMATE FILE to the Court along with anything else that they send to Kristoffer Butler. This will ensure that the Court has true documents and not false ones as they most assuredly will attempt to manipulate, in order to get out of the deal made in 1997 and in 2019.

7. I ask this Court to ensure that anything that is sent to the Attorneys by the MDOC is sent to this Petitioner as well.

In closing, I ask the court to order the respondents attorney Kristoffer butler and the MDOC to provide one copy of teh Inmate file to the Court and to Petitioner immediately in the interest of fairness and quality assurance.

## RELIEF SOUGHT

Wherefore, Petitioner prays this court will enter an order to GRANT petitioners motion to direct the respondents lawyer Kristoffer Butler and MDOC Administrator Jared Warner will provide the Court and Petitioner with one copy of the Inmate file any other document it will or has sent to the Respondents attorney Kristoffer Butler, and grant any further relief this Court deems necessary and appropriate.

Respectfully Yours,

May 15, 2025

Derrick Lee Cardello-Smith, #267009
Ionia Maximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

2.

Derrick Lee Cardello-Smith
#267009
Ionia Maximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

May 15, 2025

Office of the Clerk
US District Court
231 West Lafayette Blvd
Room 564
Detroit, MI 48226
    Re: Derrick Lee Cardello-Smith vs. Macauley, et al
    Case No 2:25-cv-10754

Dear Clerk:

Enclosed for filing in the above cause is a Motion I am asking to be placed on Judge Goldsmith's Docket for review and consideration.

Proof of Service at bottom of page.

## PROOF OF SERVICE

I swear that on May 15, 2025, I mailed one copy of this pleading to the Defendants Attorney of record Kristoffer butler and Jared Warner, at their addresses of record by US Mail.

Thank you for your time,

Derrick Lee Cardello-Smith

Derrick Lee Cardello-Smith #267009
Ionia MAximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

Maile don 5-15-25
Case No 2:25-cv-10754

RECEIVED
MAY 30 2025
CLERK'S OFFICE
DETROIT

U.S. MARSHALS

Office of the Clerk
United States District Court-Eastern
Theodore Levin US Courthouse
Case Processing Section-Room 564
231 W. Lafayette Blvd
Detroit, MI 48226

FIRST-CLASS



US POSTAGE
ZIP 43846 $001.77⁰
0003032559 MAY 15 2025