32

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
JUN 0 2 2025
CLERK'S OFFICE
DETROIT

DERRICK LEE CARDELLO-SMITH,#267009,
    Petitioner,

Vs

SEAN COMBS, et al,
    Respondents,
_____/

Case No 2:25-cv-10754
Honorable Mark Goldsmith

PETITIONERS SUBMISSION OF THE RESPONDENTS
PRESENTENCE INVESTIGATION REPORT OF PLEA
AND SENTENCE REACHED ON MAY 2, 2019 IN THE
WAYNE COUNTY CIRCUIT COURT CONFIRMING THE
PETITIONERS SUBMISSION OF FRCP 410 EVIDENCE

    Petitioner, Derrick Lee Cardello-Smith, in the above cause and in full compliance with Federal Rules of Civil Procedure 26 hereby provides this Court with the Mandatory Disclosure of All Documents for the Case at bar and to ensure the respondents have all relevant documentation as it has been agreed upon in 1997 and again in May 2019.

    The Documents are as follows:

    1. Michigan Department of Corrections Presentence Investigation Report.
    2. Plea & Sentence Agreement of May 2, 2019 Confirming Petitioner plea to 2nd Degree Murder and Full Dismissal of the Kidnapping and Criminal Sexual Conduct Charges.
    3. Confirmation that Respondent Sean Combs, Kym L. Worthy and Detective Patricia Penman, Sent 3 Mean to Execute Petitioner in 1997 and Petitioner Defended himself while protecting a Woman.
    4. Confirmation of Petitioner being Cleared by the Detroit Police Department of Any Sex Crimes.
    5. Plea agreement to Dismiss the Sexual Offenses.
    These documents are submitted as confirmation that the Petitioner was originally sentenced to Prison for the crime of 2nd Degree Murder and then was falsely charged with the offenses of Kidnapping Rape Charges.
    Petitioner is providing these documents to the Court for Full Compliance with the Federal Rules of Evidence and Mandatory Disclosure and Discovery

1.

Petitioner, hereby Submits the May 2, 2019 Plea and Sentencing Agreement entered into by all parties and filed in the Wayne County Clerks Office confirming that the Petitioner entered into a signed agreement with the Respondents and that this is the deal made by all parties and that it was done to keep the Respondents from being held accountable for their roles in the attempted murder plot of this Petitioner by the Respondents Individual and Joint Actions.

This concludes this part of the mandatory disclosure, discovery and rules of evidence compliance duties of the petitioner.

Thank you.                                                    May 27, 2025

Derrick Lee Cardello-Smith, #267009
Ionia Maximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

PROOF OF SERVICE

I mailed one copy of this pleading to the respondents address of record on May 17, 2025 by US Mail with all postage paid in full from Ionia, MI 48846

2.

# PEOPLE OF THE STATE OF MICHIGAN
## -VS-
## DERRICK LEE CARDELLO-SMITH
## MDOC #267009

FILED
CATHY M. GARRETT
WAYNE COUNTY CLERK

MAY 3, 2019

## WAYNE COUNTY CIRCUIT COURT DESCRIPTION OF THE OFFENSE & SENTENCING INFORMATION FOR PLACEMENT ON PUBLIC INFORMATION SYSTEM & STATE PRISON INFORMATION SYSTEM IN FULL COMPLIANCE WITH SETTLEMENT AGREMENT OF MAY 2, 2019 REGARDING THE CORRECTED AND UPDATED RELEASE DATE & INFORMATION FOR MR. DERRICK LEE CARDELLO-SMIT,H #267009 CASE NO'S 1997-010147-01-FC-2008-008639-01-FC RESOLVED IN THE SETTLEMENT AGREEMENT OF 2019-000756-01-FC ON MAY 3, 2019 IN DETROIT, MI NEW RELEASE DATE OF AUGUST 18, 2026

# HOMICIDE REPORT

**detroit police**

## AMENDED

FILED
CATHY M. GARRETT
WAYNE COUNTY CLERK
MAY 27, 1998

REPORTING AGENCY: DETROIT POLICE DEPARTMENT
CASE REPORT NUMBER: 0811306.1

REPORTED ON JULY 24, 1997 00:45AM OCCURRED ON JULY 8, 1997
AT EAST 8 MILE & VAN DYKE ROADS-DETROIT, MI SCA/10:09PM SECTOR A 9TH

OFFENSE:HOMICIDE-SPECIAL CIRCUMSTANCES-MURDER:OFFENSE IS A REGISTERED SELF-DEFENSE EXPERT WITH TRAINING IN MARTIAL ARTS 7 HAND-TO-HAND COMBAT-OFFENSE HIGHTENED--BY INTENTIONAL OVERKILL & INTENTIONAL OVERUSE OF DEFENSE TACTICS-OFFENDER KNEW THAT THE 3 ATTACKERS WERE CIVILIANS & NOT TRAINED COMBATANTS

1. ARRESTEE: DERRICK LEE CARDELLO-SMITH:AGE:24SEXMALE:RACE:BLACK-ITALIAN-MEX-ADDRESS:█████ █████-DETROIT, MI 48205-26--Phone ███-███-████
HOMICIDE VICTIM/ATTACKER:CARL BISHOP:AGE 47:SEX:MALE-RACE:CAUCASIAN/WHITE- No Relationship to Suspect/Offender--
3.ASSAULT VICTIM/ATTACKER:ROBERT GUNTER:AGE:53:SEX:MALE-RACE:CAUCASIAN/WHITE-No Relationship to Suspect/Offender
4.ASSAULT VICTIM/ATTACKER:DAVID BROCK: AGE:$$:SEX:MALE-RACE:CAUCASIAN/WHITE-No Relationship to Suspect/Offender
OFFENDER DESCRIPTION: On or About July 7/8, 1997, Suspect DERRICK LEE CARDELLO-SMITH, Age 24, and His Female Companion ████ ████████ age 20, were leaving the AMC Movie Theater on 8 Mile & Van Dyke Roads in Detroit, MI when the 2 were approached by Three Strangers known now as the above Three Named Victim/Attackers. The deceased Victim CARL BISHOP and his 2 friends were leaving a Tavern/Bar Adjacent to the Theater when they came upon Derrick Lee Cardello-Smith and his Girlfriend heading to their Car (1997 Chevy Camaro Z-28) and as they passed by the 3 Victims/Attackers, Comments were made about the pair being an "Interacial-Couple" and words were exchanged--An argument ensued between all Men with the Leader, Carl Bishop becoming enraged that the Suspect was with a "Woman of the Opposite Race!" that she is White and Needs to 'Stay within Her own Race". The Trio them Started Yelling to Offender Cardello-Smith that "O.J. KILLED HIS WOMAN, so Will this Nigger Your With!"

Offender Cardello-Smith was attempting to keep the matter from getting more aggressive, when, according to Witnesses and bystanders, two of the three men started fighting Cardello-Smith, who saw the Third Mail, Carl Bishop was physically attacking his Girlfriend by slapping her with his Hand to face contact, and calling her a "Nigger-Lover" and "Race Traitor!"

Cardello-Smith was still Engaged with Gunter & Brock when his Girlfriend yelled out, "Derrick Help!", Derrick then saw her and saw that the (Decedent) Carl Bishop had in fact Brandished a Sharp Edged Weapon and/or Knife and was about to Stab his Girlfriend while the Other 2 Men were keeping Derrick Busy and they were Laughing, and then, According to Witnesses, Cardello-Smith broke Gunter's Arm, Broke the Leg of Brock, immobilizing them both and Cardello-Smith then Ran & Intercepted the knife by Placing His Own Arm in between the Blade of the Weapon and His Companions Body/Upper torso, the Knife then Penetrated Cardello-Smith's Right Forearm and Cardello-Smith grabbed Carl Bishop's Wrist Pulling the Knife out and Forced it into the Lungs of the remaining Victim/Attacker Carl Bishop. Offender Cardello-Smith was then heard saying "You were going to Stab my Date! Now Your Going to Die in a Filthy Parking Lot, You should have Just Let us Be!" "Die Where You Are You Racist Bitch!" Cardello-Smith then went to his Companion who was Shaken.

Derrick then Went to the Other 2 Pair that were already immobilized and proceeded to Kick them and Fracture other parts of their bodies until he was Subdued by Officers who arrived on Scene--The Victim Carl Bishop was taken to Emergency Triage at St. Johns Hospital where he Succumbed to his Injuries 2 Weeks later--Cardello-Smith was then taken into Custody for Open Murder.

Arrestee transported to 9th Precinct for Holding/Charging Purposes review by Detective Jose' Ortiz and Sgt. David Cobb.


**detroit**

# HOMICIDE INCIDENT REPORT

REPORTING AGENCY: DETROIT POLICE DEPARTMENT
CASE REPORT NUMBER: 0801130106.1

FILED
CATHY M. GARRETT
WAYNE COUNTY CLERK

MAY 3, 2019

**police**  REPORTED ON JULY 8, 1997 12:45AM OCCURRED ON JULY 24,1997,10:09PM
AT EAST 8 & VAN DYKE ROADS-DETROIT,MI SCA/CENSUS:10:09pmSECTOR A

OFFENSE:HOMICIDE-SPECIAL CIRCUMSTANCES-MURDER:OFFENDER IS A REGISTERED SELF-DEFENSE EXPERT WITH TRAINING IN MARTIAL ARTS & HAND-TO-HAND COMBAT-OFFENSE HIGHTENED--BY INTENTIONAL OVERKILL & INTENTIONAL OVERUSE OF DEFENSE TACTICS-OFFENDER KNEW 3 ASSAILANTS WERE CIVILIANS & NOT TRAINED COMBATANTS

---

1. ARRESTEE: DERRICK LEE CARDELLO-SMITH:AGE:24SEXMALE:RACE:BLACK-ITALIAN-MEX-
ADDRESS:████ ████-DETROIT, MI 48226--Phone███████████
2. HOMICIDE VICTIM: CARL BISHOP: AGE:47:SEX MALE RACE CAUCASIAN/WHITE -No
Relationship to Suspect/Offender
3. ASSAULT VICTIM: ROBERT GUNTER: AGE:53:SEX MALE:RACE CAUCASIAN/WHITE NO
Relationship to Suspect/Offender
4. ASSAULT VICTIM: DAVID BROCK: AGE:44: SEX:MALE:RACE CAUCASIAN/WHITE No
relationship to Suspect/Offender
OFFENSE DESCRIPTION: On July 7, 1997, Suspect DERRICK LEE CARDELLO-SMITH, Age
24, and His Girlfriend, ████ ███████ Age 20, were leaving the AMC Movie
Theater on 8 Mile & Van Dyke Roads in Detroit, Michigan when the 2 were
approached by three Strangers known now as the above three named Victims. The
Deceased Victim CARL BISHOP and his two friends were leaving a Tavern/Bar,
when they came upon Derrick Lee Cardello-Smith & his Girlfriend were heading
to their car in the parking Lot and then passed the three Men who made
comments about the pair being an "Interracial Couple" and words were then
exchanged--an Argument ensued between all the men involved with the Leader,
Carl Bishop becoming Enraged that the Suspect was with a woman of the
Opposite Race-She is Caucasian and Needs to stay within her own race, the
three men were saying. The Trio Started yelling obscenities at Cardello-Smith
and his Girlfriend. OJ KILLED HIS WOMAN so what this Nigger Here your with!
     Offender Cardello-Smith was attempting to keep the matter from
getting more aggressive, when, according to witnesses and bystanders, two of
them men started fighting with Cardello-Smith, who saw that the Third Male,
Carl Bishop was physically attacking his Girlfriend, by slapping her and
calling her a "Nigger-Lover"" and "Race Traitor'".
     Cardello-Smith was still engaged in fighting Gunter & Brock, when
his Girlfriend then yelled out, "Derrick Help!"", Derrick then saw her and
saw that the (Decedent) Carl Bishop had in fact possessed a Sharp Edged
Weapon and/or knife and was about to Stab Derrick's Girlfriend while the
other 2 Men were keeping Derrick Busy and they were laughing, and then, the
next thing, Offender Cardello-Smith punch Gunters Arm, Broke the Leg of Mr.
Brock, immobilizing both parties and Cardello-Smith then Ran and Intercepted
the knife by placing His Own Arm in between the Weapon and his Girlfriends
Upper Torse and then, the knife penetrated Mr. Cardello-Smith's Right
Forearm, and then, Cardello-Smith grabbed Carl Bishops Wrist and Pulled the
knife out of his arm and forced it into the Lungs of the Remaining Assailant,
Carl Bishop, Offender was heard saying to the now deceased Victim "You do not
like Interracial Couples! "You were going to Stab my Girl! 'Now Your Going
to Die ina Filthy Parking Lot with Your Own Knife in your chest!"And then,
Cardello-Smith Punch the Victim Car Bishop 17 times and then the pair "Fell"
to the ground... Cardello-Smith then told the Victim, "You should have let
this go andjust left us alone!" Die where you are YOu Racist Bitch!"
     Derrick then went to the other 2 pair that were immobolized and
proceeded to kick them and break other bones on their bodies until he was
subdued by Officers who arrived on Scene.-The Victim Carl Bishop was taken to
Emergency Care at St. Johns Hospital where he succumbed to his injuries 2
weeks later---Derrick Cardello-Smith was taken in to custody for Open Murder.

Arrestee Transported to 9th Precinct-Eastern District for holding and
processing pending Charges Review by Detectives Jose' Ortiz & David Cobb

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRESENTENCE INVESTIGATION REPORT**

CFJ-145

Rev. 11/09

| | | |
|---|---|---|
| **Honorable:** Bridget Mary Hathaway | **County:** Wayne County | **Sentence Date:** 05/02/2019 |
| **MDOC Nbr.:** 267009 | **Attorney:** Clifford Woodards | **Appointed/Retained:** Appointed |
| **Defendant:** Smith, Derrick Lee | **Age:** 46 | **D.O.B.:** 11/01/1972 |

## CURRENT CONVICTION(S)

| Final Charge(s) | | | Max | | | Jail Credit Days | Bond | Convicted By | Conviction Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | Yrs | Mo. | Days | | | | |
| Charge(1): 19000756-01-FC | 750.520B | Criminal Sexual Conduct, 1st Deg (Hab Crim 3rd Off.) | LIFE | | | 113 | Not Posted | Nolo Contendere | 04/18/2019 |
| Charge(2): 19000756-01-FC | 750.520B | Criminal Sexual Conduct, 1st Deg (Hab Crim 3rd Off.) | LIFE | | | 113 | Not Posted | Nolo Contendere | 04/18/2019 |
| Charge(3): 19000756-01-FC | 750.520B | Criminal Sexual Conduct, 1st Deg (Hab Crim 3rd Off.) | LIFE | | | 113 | Not Posted | Nolo Contendere | 04/18/2019 |
| Charge(4): 19000756-01-FC | 750.520B | Criminal Sexual Conduct, 1st Deg (Hab Crim 3rd Off.) | LIFE | | | 113 | Not Posted | Nolo Contendere | 04/18/2019 |

**SOR Required:** Y        **Date SOR Completed:** 04/24/19

**Plea Agreement:** Cobb's Evaluation: 17.5 to 35 years MDOC        **HYTA:** No

**Pending Charges:** None        **Where:** N/A

**Status at Time of Offense:** None

## PRIOR RECORD

| | | |
|---|---|---|
| **Conviction: Felonies:** 1 | **Misdemeanors:** 4 | **Juvenile Record:** Yes |
| **Probation: Active:** No | **Former:** Yes | **Pending Violation:** No |
| **Parole: Active:** No | **Former:** Yes | **Pending Violation:** No |

**Current Michigan Prisoner:** Yes

**Currently Under Sentence:** Yes

| Sentence Date | Offense | County/State | Sentence | Min. | Max. |
|---|---|---|---|---|---|
| 05/26/1998 | Criminal Sexual Conduct, 3rd Deg (Force or Coercion) | Wayne County | Prison | 6y | 15y |
| 05/26/1998 | Criminal Sexual Conduct, 3rd Deg (Force or Coercion) | Wayne County | Prison | 6y | 15y |
| 10/29/2008 | Kidnapping  (Hab Crim 4th Off.) | Wayne County | Prison | 22y - 6m | 75y |
| 10/29/2008 | Kidnapping  (Hab Crim 4th Off.) | Wayne County | Prison | 22y - 6m | 75y |
| 10/29/2008 | Criminal Sexual Conduct, 1st Deg (During Felony)  (Hab Crim 4th Off.) | Wayne County | Prison | 22y - 6m | 75y |
| 10/29/2008 | Criminal Sexual Conduct, 1st Deg (During Felony)  (Hab Crim 4th Off.) | Wayne County | Prison | 22y - 6m | 75y |
| 10/29/2008 | Criminal Sexual Conduct, 1st Deg (During Felony)  (Hab Crim 4th Off.) | Wayne County | Prison | 22y - 6m | 75y |
| 10/29/2008 | Criminal Sexual Conduct, 1st Deg (During Felony)  (Hab Crim 4th Off.) | Wayne County | Prison | 22y - 6m | 75y |
| 10/29/2008 | Criminal Sexual Conduct, 1st Deg (During Felony)  (Hab Crim 4th Off.) | Wayne County | Prison | 22y - 6m | 75y |

MICHIGAN DEPARTMENT OF CORRECTIONS
PRESENTENCE INVESTIGATION REPORT

CFJ-145
Rev. 2/06

## PERSONAL HISTORY

Where Employed: Unemployed

Education:

Psychiatric History: No          Physical Handicaps: No          Marital Status: Married

Substance Abuse History: No

PA511 Eligible: No

Investigating Agent: ARNITA D MURRAY          Caseload No.: 1928          Date: 10/27/2008
Worksite:          Wayne/Detroit Court Serv./Probation          Phone No: ( 313 )224-2692

## DEPARTMENT OF CORRECTIONS RECOMMENDATION

Jail Credit:

DOCKET NO. 08008639-01

| Date(s) | Action | Sentence Details | Days |
|---|---|---|---|
| 01/13/08 - 10/28/08 | Arrest | | 289 |
| | | Total Days Jail Credit | 289 |

It is respectfully recommended the defendant be sentenced to the Michigan Department of Corrections for a period of incarceration with credit for 289 days served.

Supervisor: MARY K NISUN          Date: 10/27/2008

MICHIGAN DEPARTMENT OF CORRECTIONS
BASIC INFORMATION REPORT

| Victim / Relationship | Codefendant(s) |
|---|---|
| Boike, Carli - No Relationship | None |

| Circuit | Judge | Attorney | Retained / Appointed |
|---|---|---|---|
| 03rd Circuit Court - Wayne County | Bridget Mary Hathaway | Clifford Woodards | Appointed |

| Method of Conviction | Date of Offense | Date of Arrest | Date of Bond | Date of Conviction | Jail Credit | Guilty But Mentally Ill |
|---|---|---|---|---|---|---|
| Nolo Contendere | 10/12/1997 | 01/09/2019 | 01/09/2019 | 04/18/2019 | 113 | No |

## DISPOSITION

| Sentence Type | | | | Sentence Date | CTN 821872216301 | | Fine | | Cost | | Restitution |
|---|---|---|---|---|---|---|---|---|---|---|---|

| MINIMUM | | | MAXIMUM | | | LIFE | JAIL | | Supervision Fees | | Crime Victims Assessment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Years | Months | Days | Years | Months | Days | | Months | Days | | | |

| Attorney Fees | Forensic Fees | Restitution Fund Fees | Other Fees |
|---|---|---|---|

| Sentencing Guidelines | | | | | | |
|---|---|---|---|---|---|---|
| RANGE | | LIFE | NA | Prior Record Total | | Offense Variable Total |
| Low: | High: | | X | | | |
| Comments: | | | | | | |

| Court Name (Last, First, Middle) | | MDOC Nbr. | Given Name(Last, First, Middle) |
|---|---|---|---|
| Smith, Derrick Lee | | 267009 | Same |

| Name Type | Other Names (Last, First, Middle) |
|---|---|
| Alias | Moore, Derrick; Moore, Derrick Lee; SMITH, DERRICK LEE |
| Court/Commitment Name | SMITH, DERRICK |

| Place of Birth | Citizenship | Last Known Address & Telephone No. |
|---|---|---|
| Michigan | USA | |
| State & DLN   None | DOB   11/01/1972 | 470 Martin Luther King |
| SID No.   1504755E | FBI No. 498829LA9 | Detroit, Michigan 48208 |
|  |  | (989) 871-9103 |

| Race | Sex | Hair | Eyes |
|---|---|---|---|
| Black or African American | Male | Black | Brown |

| Height | Weight | Highest Grade Completed | Occupation | Health Ins. | Assets-$1,500 & Up | Monthly Income of $75 & Up |
|---|---|---|---|---|---|---|
| 5' 10" | 180 | | None | No | No | No |

| Marital Status | Dependents | Religion | Military Branch | Military Dates | Discharge Type |
|---|---|---|---|---|---|
| Married | 0 | Catholic | Army | 1972-1991 | Medical |

| Marks, Scars, Amputations, Tattoos | | | Drug Abuse | Alcohol Abuse | Mental Health Treatment |
|---|---|---|---|---|---|
| Tattoo Right Upper Arm | Tattoo Left Arm | Scar Right Forearm | No | No | No |

## CRIMINAL HISTORY

| | Juvenile | | | Adult | | | Status at Time of Offense | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Comm. | Prob. | Esc. | Jail | Pris. | Prob. | Esc. | X | None | | Delayed Sentence |
| 0 | 1 | 0 | 3 | 1 | 2 | 0 | | HYTA | | Parole |
| Age of First Arrest | | Sex Offense Convictions | | SAI Eligible | | | | Probation | | Jail |
| 20 | | 12 | | No | | | | District Probation | | State Prison |
| Pending Charges in Court | | No. of Prior Felony Convictions | | | | | | Federal Probation | | On Bond |
| No | | 2 | | | | | | Federal Parole | | Juvenile Court Supervision |

| Type of Report | County   Wayne County | | Agent & Caseload No.   JACLYN M. DRAHEIM - 1911 | | |
|---|---|---|---|---|---|
| Presentence | DOC Recommended Disposition   4 | Probation Violation New Sentence   No | Probation Violation Technical   No |

## CURRENT OFFENSE

| NO.   1   OF   4 | Docket No.: Charge (1): 19000756-01-FC | | Last Name:  Smith |
|---|---|---|---|

| PACC Code | Offense | Max | Consecutive Sentence |
|---|---|---|---|
| 750.520B | Criminal Sexual Conduct, 1st Deg. (Hab Crim 3rd Off.) | LIFE | No |

| Victim / Relationship | Codefendant(s) |
|---|---|
| Boike, Carli - No Relationship | None |

| Circuit | Judge | Attorney | Retained / Appointed |
|---|---|---|---|
| 03rd Circuit Court - Wayne County | Bridget Mary Hathaway | Clifford Woodards | Appointed |

| Method of Conviction | Date of Offense | Date of Arrest | Date of Bond | Date of Conviction | Jail Credit | Guilty But Mentally Ill |
|---|---|---|---|---|---|---|
| Nolo Contendere | 10/12/1997 | 01/09/2019 | 01/09/2019 | 04/18/2019 | 113 | No |

## DISPOSITION

| Sentence Type | | Sentence Date | CTN   821872216301 | Fine | Cost | Restitution |
|---|---|---|---|---|---|---|

| MINIMUM | | | MAXIMUM | | | LIFE | | JAIL | | Supervision Fees | Crime Victims Assessment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Years | Months | Days | Years | Months | Days | | | Months | Days | | |

| Attorney Fees | | Forensic Fees | | Restitution Fund Fees | | Other Fees | |
|---|---|---|---|---|---|---|---|

| Sentencing Guidelines | | | | | | |
|---|---|---|---|---|---|---|
| RANGE | | LIFE | NA | Prior Record Total | | Offense Variable Total |
| Low:   240 | High:   480 | | | 65 | | 100 |
| Comments: | | | | | | |

MICHIGAN DEPARTMENT OF CORRECTIONS
BASIC INFORMATION REPORT

4836-6101
12/06 CFJ-101

## CURRENT OFFENSE

NO. 2 OF 4 Docket No.: Charge (2): 19000756-01-FC  Last Name: Smith

| PACC Code 750.520B | Offense Criminal Sexual Conduct, 1st Deg (Hab Crim 3rd Off.) | Max LIFE | Consecutive Sentence No |
|---|---|---|---|

| Victim / Relationship Boike, Carli - No Relationship | Codefendant(s) None |
|---|---|

| Circuit 03rd Circuit Court - Wayne County | Judge Bridget Mary Hathaway | Attorney Clifford Woodards | Retained / Appointed Appointed |
|---|---|---|---|

| Method of Conviction Nolo Contendere | Date of Offense 10/12/1997 | Date of Arrest 01/09/2019 | Date of Bond 01/09/2019 | Date of Conviction 04/18/2019 | Jail Credit 113 | Guilty But Mentally Ill No |
|---|---|---|---|---|---|---|

## DISPOSITION

| Sentence Type | | Sentence Date | CTN 821872216301 | | Fine | Cost | | Restitution |
|---|---|---|---|---|---|---|---|---|

| MINIMUM | | | MAXIMUM | | | LIFE | JAIL | | Supervision Fees | Crime Victims Assessment |
|---|---|---|---|---|---|---|---|---|---|---|
| Years | Months | Days | Years | Months | Days | | Months | Days | | |

| Attorney Fees | | Forensic Fees | | Restitution Fund Fees | | Other Fees |
|---|---|---|---|---|---|---|

| Sentencing Guidelines | | | | | | | |
|---|---|---|---|---|---|---|---|
| RANGE | | | LIFE | NA X | Prior Record Total | | Offense Variable Total |
| Low: | | High: | | | | | |

Comments:

## CURRENT OFFENSE

NO. 3 OF 4 Docket No.: Charge (3): 19000756-01-FC  Last Name: Smith

| PACC Code 750.520B | Offense Criminal Sexual Conduct, 1st Deg (Hab Crim 3rd Off.) | Max LIFE | Consecutive Sentence No |
|---|---|---|---|

| Victim / Relationship Boike, Carli - No Relationship | Codefendant(s) None |
|---|---|

| Circuit 03rd Circuit Court - Wayne County | Judge Bridget Mary Hathaway | Attorney Clifford Woodards | Retained / Appointed Appointed |
|---|---|---|---|

| Method of Conviction Nolo Contendere | Date of Offense 10/12/1997 | Date of Arrest 01/09/2019 | Date of Bond 01/09/2019 | Date of Conviction 04/18/2019 | Jail Credit 113 | Guilty But Mentally Ill No |
|---|---|---|---|---|---|---|

## DISPOSITION

| Sentence Type | | Sentence Date | CTN 821872216301 | | Fine | Cost | | Restitution |
|---|---|---|---|---|---|---|---|---|

| MINIMUM | | | MAXIMUM | | | LIFE | JAIL | | Supervision Fees | Crime Victims Assessment |
|---|---|---|---|---|---|---|---|---|---|---|
| Years | Months | Days | Years | Months | Days | | Months | Days | | |

| Attorney Fees | | Forensic Fees | | Restitution Fund Fees | | Other Fees |
|---|---|---|---|---|---|---|

| Sentencing Guidelines | | | | | | | |
|---|---|---|---|---|---|---|---|
| RANGE | | | LIFE | NA X | Prior Record Total | | Offense Variable Total |
| Low: | | High: | | | | | |

Comments:

## CURRENT OFFENSE

NO. 4 OF 4 Docket No.: Charge (4): 19000756-01-FC  Last Name: Smith

| PACC Code 750.520B | Offense Criminal Sexual Conduct, 1st Deg (Hab Crim 3rd Off.) | Max LIFE | Consecutive Sentence No |
|---|---|---|---|

Michigan Department

Presentence Investigation

New Conviction Update Report

## Agent's Description of the Offense

The following information was garnered from the Wayne County Prosecutor's Office 'Criminal Investigation Division's Investigator's Reports dated October 22, 2018, and updated May 2, 2019, per new plea and settlement agreement with the Defendant, Complainant, Wayne County Prosecutor's Office, and Michigan Attorney General's Office. This information and report stays in the electronic and paper file -- hard copy ved by any MDOC or other official per settlement agreement between all parties involved in the case, effective on May 2, 2019.

This case has multiple layers to it, and it involves separate incidents which are: Second Degree Murder - - With Special Circumstances - - Self-Defense.

The criminal sexual conduct is a different case and is not related to each other for scoring and sentencing purposes.

On July 8, 1997, Defendant Derrick Lee Cardello-Smith and his female companion, ′                were leaving a movie theatre when they were approached by the now deceased victim, Cari Bishop, and two companions who were exiting a tavern on 8 Mile and Van Dyke in Detroit, MI. When they came upon Defendant Derrick Lee Cardello-Smith and his female companion who were leaving a movie theatre when Defendant Cardello-Smith and his girlfriend bumped into each other at the corner of the parking lot and building - - an argument ensued with the three men becoming enraged that the Defendant was with a woman of the opposite race (Caucasian). They started yelling obscenities to the Defendant and his companion. Defendant was attempting to keep the matter from getting more aggressive, when according to witnesses, two of the men started fighting with Defendant Cardello-Smith, who then saw that his female companion was being attacked physically by one assailant, Carl Bishop (decedent). Cardello-Smith injured two of the men he was fighting, then ran over to the decedent, Carl Bishop who had pulled a knife on the female companion and was going to assault her with the knife. Defendant caught the decedent by his wrist and while they were grappling, Cardello-Smith then fell on top of the victim Carl Bishop, and the weapon had penetrated the assailant's/decedent's lungs. Defendant then was heard saying "Now you're going to die in a filthy parking lot with your own weapon in your chest" - - the victim was rushed to Emergency Care at St. Johns Hospital where he was kept in intensive care for two weeks, before he succumbing to his injuries. Two weeks later Cardello-Smith was taken into custody for 2nd Degree Murder and was sentenced to Parolable Life.

While in custody, and while representing himself, Defendant obtained an Appeal. Defendant then entered a Plea of No-Contest to a number of years and was given a new conviction from a sexual assault case that occurred in January 2008, while the Appellant was out on bond pending his original appeal.

See police report for full description of the crime as required by new settlement as to the sex crime, which Appellant successfully appealed in January 2019. Defendant is now before this court to be resentenced and has in fact taken a No-Contest Plea for the vacating and dismissal of six (6) counts of Criminal Sexual Conduct, 1st Degree (Adult); and two (2) counts of Kidnapping in January 2008. Please see Supplemental Incident report from the Detroit Police Department.

The terms of the sentence and new agreement are; twenty-five (25) years to thirty-five (35) years; no habitual, and a full dismissal of the Criminal Sexual Conduct Charges with the active sentence being second-degree murder. This new sentence takes effect upon the signing of the final Cobbs evaluation and all parties agreeing. Therefore, OTIS (Offender Tracking Information System) will reflect the criminal sexual conduct until the case is resolved-per the agreement between all parties.

The new sentence is the active sentence and will take active sentence status in 2026, and this information will remain in the file record until court approved.

Any party or agency removing this from the file will be subject to liability as agreed upon in the settlement and stipulation between all parties.

Defendant currently will receive a wrongful conviction settlement at $50,000.00 for each year on the Counts of Criminal Sexual Conduct upon final settlement for the 1997 and 2008 cases per agreement. not subject to forfeiture by the State Correction's Reimbursement Act per the agreed upon amount already paid to the STATE OF MICHIGAN (agreement not provided per privacy laws) - - Three Million, Six-Hundred thousand, dollar settlement will be released to Defendant upon the final resolution of the criminal sexual conduct case, which is currently under review by the parties of Wayne County Prosecutor's Office, Michigan Attorney General's Office, and the Defendant, upon release from the custody of the Michigan Department of Corrections, or an heir or spouse is named by defendant - -

### Sexual Offense Encounter Description

The following information was garnered from the Wayne County Prosecutor's Office Criminal Investigations Division Investigator's Report, dated 10/22/18:

On 10/12/97, Carli Boile reported to Detroit Police Officers she was sexually assaulted. She stated she had stopped at Shell Gas Station near 8 Mile and Schoenherr in the City of Detroit. As she was waiting to pull out into traffic, an unknown male jumped into her car and forced her to drive to an unknown location. Once there, he forced her into the backseat and sexually assaulted her. She stated she got off work at the Club between 2:30 and 3:30 am.

A guy walked by and asked if she could give him a ride home and said he just got out of jail. She told him, "no", and went into the Shell Gas Station at 9 Mile and Regent. After getting gas, she was about to light a cigarette while waiting to pull out of the parking lot. The same guy got into her vehicle and told her to drive. She told him to get out, and he told her to shut up and drive, and said his mom lives on Carlisle and to take him there. While driving he told her, "oh yeah, my mom is dead." He told her to take him to a friend's house and was giving her directions that took them to an alley. The last street she recalled seeing was Alcoy. He said he was waiting for his friend to get home. He told her to turn the car off and it was a bad neighborhood, so she does not want to wake anyone up. About 15 minutes later, she told him he was going to have to wait by himself and she was leaving. She went to turn the car on and the keys were gone. She did not notice the defendant had taken them. She asked of the keys and he told her no. She promised not to star the car and he gave her the keys. He started getting closer to her. Carli said she grabbed her mace and he did not notice. He locked the doors and reclined her seat. He told her they were going to have sex, and he had not had sex in years because he was in federal prison. She started to say, "lets' get a hotel room or something, "and he began pulling her pants down and she told him no. He said, "we are going to have sex right here and right now." He pulled her pants down and told her to pull her clothes off. She told him, "no", and he pulled her shirt over her head. She kept fighting him and he saw the mace in her hand and asked what it is. She told him it was nothing and tried to hide it underneath her. He rolled her over, saw it, and then threw it in the front seat. He told her she could mace him, fight with him, but nothing she would do would stop him and he could kill her right there. He put his penis inside of her vagina. He attempted to force his penis in her mouth. After the assault, he had her drive him to the gas station. He left when another patron started paying attention to Carli. She said she was speaking very loudly trying to get him out of her vehicle. She described him as black or Puerto Rican, and indicated he had long hair tied back in a ponytail.

A group founded by the National Institute of Justice was formed to address the issue of sexual assault kits that were not tested in Detroit. This kit was tested in 2015, and the DNA obtained from the kit matched the defendant's.

On 10/11/2018, the victim was re-interviewed and stated she was working at Player Night Club and went to the gas station after work to get gas. She recalled the same circumstances as to how he got into her car. She added once he got in the car she said, "what do you need, you can go get drugs. He said, "Yeah, drive me there and I can go get drugs," I can't remember the street. He had me pull in the ally end and stopped and there was a house kitty corner with a light on. He said we gotta wait. I started to believe that once he got out, I'd be able to get away.

## Marital Update

The Defendant is a single widowed male. His wife passed away from natural causes. His son passed away in a traffic accident while on his way to visit the Defendant in 2010 due to a Drunk Driver. Defendant has a son-ln-law named James Preston and a daughter who resides in France named Bridgette Marie Preston—His other family

ties are four brothers and two sisters which he supports and has contact with. Defendant's mother, Rhonda Smith is deceased by natural causes in 2011. Defendant's father, Raymond Cardello-Smith died of natural causes when Defendant was nine-years old.

### Education Update

Writer verified the Defendant obtained a High School Diploma from Notre Dame High School while serving in the United States Army. Defendant obtained an Associate's Degree from Wayne State University in Criminal Law, Civil Rights Litigation, Post-Conviction Proceedings, Appellate Law, and two Certificates of Completion from Blackstone School of Law and Blackstone Career Institute. Defendant is a 4th Degree Black Belt in Tae Kwon Doe as verified by United Take Kwon Doe School Instructor, Master San Kwu Shim. Defendant also has hand to hand training in Close Quarter Combat. While in the Special Branch of the US Army - - Per HYTA DIVERSION PROGRAM - - Defendant was discharged with an honorable status.

### Financial Update

Defendant, as noted above, has cooperated with release of financial information and assets. Defendant has a Settlement Agreement with the Michigan Department of Attorney General; The Wayne County Prosecutor's Office; and Defendant himself, where the United States District Court has Jurisdiction over his finances from the wrongful convictions for the ten (10) counts of criminal sexual conduct; two (2) counts of kidnapping under the WRONGFUL CONVICTION CLAMS ACT at the rate of $50,000.00 for each year of December 1997, thru May 2019 which will be available upon his release on the second-degree murder charge, and new second-degree murder sentence when the case is resolved in civil litigation where defendant is representing himself. This Money is not subject to the State Corrections Reimbursement Act under the Cobb's agreement and settlement between MDOC, WCPA magistrate, and Defendant.



/SE

# DETROIT POLICE DEPARTMENT FOLLOW-UP REPORT

DETROIT POLICE DEPARTMENT

Case No. 0801130106
Report No. 0801130106.3
Report Date: 1/13/2008

FILED
CATHY M. GARRETT
WAYNE COUNTY CLERK
Page 1 of 4
MAY 3, 2019

| | | | | | |
|---|---|---|---|---|---|
| **Subject** | 05-05-ED 12 CSC 1  ARR | **Date Entered** | 1/13/2008 8:04:50 PM | **Reporting Officer** | 236839 - KNIGHT, JERRY |
| **Case Report Status** | S - SUBMITTED | **Entered By** | 234406 - ORTIZ, JOSE | | |
| **County** | 82 - WAYNE | **Date Verified** | | **Assisted By** | 237146 - RABIOR, NICOLE |
| **City/Township** | 99 - DETROIT | **Verified By** | | | |
| | | **Date Approved** | | **Assist Agency** | |
| **Occurred On** | 1/13/2008 3:00:00 AM | **Approved By** | | | |
| **(and Between)** | 1/13/2008 6:20:00 AM | **Connecting Cases** | | | |
| **Location** | F/O 13870 EDMORE | **Disposition** | ARREST | | |
| **CSZ** | DETROIT, MI 48205 | **Tactical Actions** | | | |
| **Census/Geo Code** | 5003 | **Clearance Reason** | | | |
| **Grid** | E1 - 0501 | **Date of Clearance** | | | |
| **Call Source** | CAD/DISP | **Reporting Agency** | DETROIT POLICE DEPARTMENT | | |
| | | **Division** | 5th/Eastern District | | |
| **Vehicle Activity** | | **Notified** | CIB-MILES SEX CRIMES ORTIZ N/C | | |
| **Vehicle Traveling** | | | SGT WALKER ED DESK SGT | | |
| | | | DECKER | | |
| **Cross Street** | | | | | |
| **Means** | | | | | |
| **Other Means** | | | | | |
| **Motive** | | | | | |
| **Other Motives** | | | | | |

**Report Narrative**
PO JOSE ORTIZ 4049 SEX CRIMES CODE 3510 WINTER FURLOUGH TAKEN.

WRITER IS THE OFFICER IN CHARGE OF SEX CRIME CASE 08-48 INVOLVING THE ARREST OF DEFENDANT DERRICK LEE SMITH BM 35. WRITER INTERROGATED THE OFFENDER WHO REFUSED TO SIGN HIS RIGHTS FORM BUT AGREED TO VERBALLY GIVE WRITER HIS VERSION OF THE EVENTS INVOLVING THE VICTIMS, TINA AND ANDREA BOMMARITO. MR. SMITH STATED TO WRITER THAT HE MET TINA BOMMARITO AT THE OSLO BAR A WEEK AGO AND WAS TOLD TO MEET HER AT THE SAME BAR THIS MORNING. MR. SMITH STATES THAT HE MET BOTH COMPLAINANTS AT THE BAR AND THAT HE BOUGHT THEM DRINKS AND PARTIED WITH THEM UNTIL 3:00AM. MR. SMITH STATES THAT THE COMPLAINANTS OFFERED HIM A RIDE HOME AND THAT THEY CONSENTED TO HAVING SEX WITH HIM IN TINA'S CAR. MR. SMITH STATES THAT TINA IS A DOMINATRIX WHO ORDERED HIM AT KNIFEPOINT TO HAVE SEX WITH TINA AND HER SISTER. MR. SMITH STATES THAT HE WAS TOLD BY TINA TO EJACULATE INSIDE OF HER SO THAT SHE COULD HAVE A "NIGGER" BABY SO THAT SHE COULD GET BACK AT HER BOYFRIEND. MR. SMITH STATES THAT BOTH COMPLAINANTS WERE PERFORMING CUNNILINGUS ON EACH OTHER WHILE HE WAS HAVING SEX WITH HIM. WHEN CONFRONTED ABOUT THE POLICE DISPATCHER HEARING HIS THREATS TOWARDS THE VICTIMS MR. SMITH RESPONDED THAT HE WAS TOLD BY THE GIRLS TO SAY THOSE THINGS. MR. SMITH ALSO STATES THAT THE VICTIMS WERE PLANNING ON KILLING HIM. MR. SMITH ALSO STATED THAT HE HAS TINAS BUSINESS CARD IN HIS PROPERTY. WRITER CHECKED THE PROPERTY AND DID FIND TINA BOMMARITO'S BUSINESS CARD CLASSIFYING HERSELF AS A MASSEUSE. TINA INFORMED WRITER THAT SHE DID GIVE HIM HER CARD AT THE BAR WHEN THEY INITIALLY MET. MR. SMITH REFUSED TO WRITE ANTHING DOWN STATING HE SERVED 10 YEARS IN PRISON FOR CSC 3 BASED ON STATEMENTS HE WROTE TO THE DETECTIVES ON HIS PREVIOUS CASE IN 1997.

## Offense Detail: 1171 - CSC IST DEGREE -PENETRATION PENIS/VAGINA

| | | | | | |
|---|---|---|---|---|---|
| **Offense Description** | 1171 - CSC IST DEGREE -PENETRATION PENIS/VAGINA | **Location** | 13 - HIGHWAY/ROAD/ALLEY | **No. Prem. Entered** | |
| **IBR Code** | 11A - FORCIBLE RAPE | **Offense Completed?** | YES | **Entry Method** | |
| **IBR Group** | A | **Hate/Bias** | 00 - NONE (NO BIAS) | **Type Security** | |
| **Crime Against** | PE | **Domestic Violence** | NO | | |
| **Offense File Class** | 11001 - SEXUAL PENETRATION PENIS/VAGINA -CSC LST DEGREE | | | **Tools Used** | |
| **PACC** | | | | | |
| **Local Code** | | | | | |
| **Using** | | | | | |
| **Criminal Activity** | | | | | |
| **Weapons** | 40 - PERSONAL WEAPONS (HANDS, FEET, TEETH, ETC.) | | | | |

## Suspect S1: SMITH, DERRICK LEE

| | | | | | |
|---|---|---|---|---|---|
| | | | | **Place of Birth** | |
| | | **DOB** | | **SSN** | |
| **Suspect Number** | S1 | **Age** | 35 | | |
| **Name** | SMITH, DERRICK LEE | | | | |

NetRMS_MICR.rtf v2f

# DETROIT POLICE DEPARTMENT FOLLOW-UP REPORT

DETROIT POLICE DEPARTMENT

Case No. 0801130106
Report No. 0801130106.3
Report Date: 1/13/2008

**FILED**
CATHY M. GARRETT
WAYNE COUNTY CLERK
Page 2 of 4

**MAY 3, 2019**

|  |  |  |
|---|---|---|
| AKA | Sex | M - MALE |
| Alert(s) | Race | B - BLACK |
|  | Ethnicity | U - UNKNOWN |
|  | HL |  |
| Address | WL |  |
| CSZ | Eye Color |  |
|  | Hair Color |  |
| Home Phone | Hair Style |  |
| Work Phone |  |  |

DLN
DLN State
DLN Country
Occupation/Grade
Employer/School
Res. County
Res. Country
Resident Status

R - RESIDENT OF THE COMMUNITY, CITY, OR TOWN WHERE THE OFFENSE OCCURRED

Hair Length
Facial Hair
Complexion
Build
Teeth

Scars/Marks/Tattoos
Suspect MO
Other MO
Attire
Habitual Offender Status

Suspect Notes

## Arrestee A1: SMITH, DERRRICK LEE

| | | |
|---|---|---|
| Arrestee Number | A1 | DOB ████ |
| Name | SMITH, DERRRICK LEE | Age 35 |
| AKA | | Sex M - MALE |
| Alert(s) | | Race B - BLACK |
| | | Ethnicity U - UNKNOWN |
| Address ████ | | Ht. 5' 10" |
| CSZ ████ | | WL 170 |
| | | Eye Color |
| Home Phone ████ | | Hair Color |
| Work Phone ████ | | Hair Style |

Place of Birth
SSN
DLN
DLN State
DLN Country
Occupation/Grade
Employer/School
Res. County
Res. Country
Resident Status

R - RESIDENT OF THE COMMUNITY, CITY, OR TOWN WHERE THE OFFENSE OCCURRED

Hair Length
Facial Hair
Complexion   LBR - LIGHT BROWN
Build   S - SMALL
Teeth

Scars/Marks/Tattoos
Modus Operand
Other MO
Attire
Habitual Offender Status

Arrested For   1171 - CSC IST DEGREE -PENETRATION PENIS/VAGINA

| | | |
|---|---|---|
| Arrest No. | 116081 | Count |
| Arrest Type | T - TAKEN INTO CUSTODY | Fingerprints |
| Force Level | 01 - LEVEL 1 | Photos |
| FBI No. | | Miranda Read |
| State No. | | Miranda Waived |
| Armed With | 01 - UNARMED | Number of Warrants |
| Mult. Clearance | N - NOT APPLICABLE | |
| Mult. Clearance Offense | | |
| Prev. Suspect No. | 1 | |

Arrested On   1/13/2008 6:30:00 AM
Arrest Location   13870 EDMORE]
Booked On
Booked Location
Released Location
Released On

Released By
Release Reason

Juvenile Disposition

Printed: January 13, 2008 - 6:26 PM

NetRMS_MICR.rtf v2/

# DETROIT POLICE DEPARTMENT FOLLOW-UP REPORT

DETROIT POLICE DEPARTMENT

Case No. 0801130106
Report No. 0801130106.3
Report Date: 1/13/2008

**FILED**
CATHY M. GARRETT
WAYNE COUNTY CLERK
Page 3 of 4

Held for

**MAY 3, 2019**

Notified

Adult Present

Arrest Notes

## Victim V1: BOMMARITO, TINA

Victim Of 1171 - CSC IST DEGREE -PENETRATION PENIS/VAGINA

| | | | | |
|---|---|---|---|---|
| Victim Code | V1 | | | |
| Victim Type | I - INDIVIDUAL | | | |
| | | DOB | | Place of Birth |
| Name | BOMMARITO, TINA | Age | 31 | SSN |
| AKA | | Sex | F - FEMALE | DLN |
| Alert(s) | | Race | W - WHITE | DLN State |
| | | Ethnicity | U - UNKNOWN | DLN Country |
| Address | | HL | | Occupation/Grade |
| CSZ | | WL | | Employer/School |
| | | Eye Color | | Res. County |
| Home Phone | | Hair Color | | Res. Country |
| Work Phone | | Facial Hair | | Resident Status |

S - RESIDES IN THE STATE BUT NOT THE COUNTY OR COMMUNITY WHERE THE OFFENSE OCCURRED

Complexion

Testify

Attire
Injury      M - APPARENT MINOR INJURY
Circumstances

| Law Enforcement Officer Killed or Assaulted Information | Type | | Justifiable Homicide Circumstances | |
|---|---|---|---|---|
| | Assignment | | | |
| | Activity | | | |
| | Other ORI | | | |

Victim Offender Relationships
| Offender | Relationship |
|---|---|
| A1 | 99 - RELATIONSHIP UNKNOWN |
| S1 | 99 - RELATIONSHIP UNKNOWN |

Victim Notes

## Victim V2: BOMMARITO, ANDREA

Victim Of 1171 - CSC IST DEGREE -PENETRATION PENIS/VAGINA

| | | | | |
|---|---|---|---|---|
| Victim Code | V2 | | | |
| Victim Type | I - INDIVIDUAL | | | |
| | | DOB | | Place of Birth |
| Name | BOMMARITO, ANDREA | Age | 21 | SSN |
| AKA | | Sex | F - FEMALE | DLN |
| Alert(s) | | Race | W - WHITE | DLN Country |
| | | Ethnicity | U - UNKNOWN | Occupation/Grade |
| Address | | HL | | Employer/School |
| CSZ | | WL | | Res. County |
| | | Eye Color | | Res. Country |
| Home Phone | | Hair Color | | Resident Status |
| Work Phone | | Facial Hair | | |

S - RESIDES IN THE STATE BUT NOT THE COUNTY OR COMMUNITY WHERE THE OFFENSE OCCURRED

Complexion

Testify

Attire
Injury      M - APPARENT MINOR INJURY
Circumstances

NIBRMS MICRµf v2f

# DETROIT POLICE DEPARTMENT FOLLOW-UP REPORT

DETROIT POLICE DEPARTMENT

Case No. 0801130106
Report No. 0801130106.3
Report Date: 1/13/2008

**FILED**
CATHY M. GARRETT
WAYNE COUNTY CLERK
Page 4 of 4

**MAY 3, 2019**

| Law Enforcement Officer Killed or Assaulted Information | Type Assignment Activity Other ORI | | Justifiable Homicide Circumstances | |
|---|---|---|---|---|
| | | | | |

**Victim Offender Relationships**

| Offender | Relationship |
|---|---|
| A1 | 99 - RELATIONSHIP UNKNOWN |
| S1 | 99 - RELATIONSHIP UNKNOWN |

Victim Notes

**Michigan Department of Corrections**
**Presentence Investigation**

CFJ-284

Rev. 10/03

## Evaluation and Plan

Appearing before the Court for sentencing on two counts of Kidnapping, and six counts of Criminal Sexual Conduct First Degree, Habitual 4th Notice is Derrick Lee Smith, 35 year old married man, who acknowledges paternity of four children. The defendant reported he was born and raised in the City of Detroit and was residing at 470 Martin Luther King, Detroit, MI 48208 at the time of his arrest. There is no phone service at the residence.

Positively speaking, the defendant was cooperative during his Presentence Investigation interview in the Wayne County Jail, with the exception that he refused to sign or initial the Sex Offender Registration documentation. The defendant stated that he had been previously registered and further stated that he is innocent of the charges he is facing before this Court. The defendant's criminal record reflects he was originally registered 5/18/1998 on the charge of Criminal Sexual Conduct Third Degree.

The defendant continues to have the support of a family friend, Linda Gabriel. Ms. Gabriel reported she has known the defendant over several years and she also believes he is innocent of the charges.

The defendant reported he is relatively good physical health, however he suffers from back problems and arthritis for which he takes an aspirin daily. The defendant also reported he is allergic to penicillin. The defendant denies any history of mental health problems or treatment for same. The defendant was referred for a Competency Evaluation by this Court on 1/28/08 and was found competent to stand trial on 5/5/08.

The defendant denies any illegal drug or alcohol use. The defendant reported he voluntarily attended substance abuse classes while incarcerated, however he denies any drug or alcohol addiction. Parole records also indicate the defendant tested negative for all alcohol and drug tests while under parole supervision. Furthermore, the defendant reported that while incarcerated he obtained his GED in 1999 and he received certificates in Legal Research, and a Paralegal Certificate. The defendant reported he has a very limited employment history, however he worked a Library Clerk and Legal Writer while incarcerated with the MDOC.

Negatively speaking, the defendant has an adult criminal record which dates back to 1991 to the present time. The defendant is currently under sentence, serving six to fifteen years incarceration on two convictions of Criminal Sexual Conduct Third Degree, under Third Circuit Court Docket Numbers 97010147-01 and 98004133-01. The defendant was sentenced on the aforementioned convictions on 5/26/98. Parole violation charges have been served on the defendant as a result of his involvement in the within offense.

The defendant was first paroled on 10/4/07 to expire on 6/26/10 and 11/20/10. The within charges are the defendant's first known parole violations.

In addition, the defendant was unsuccessfully discharged from out-patient sex offender treatment on 1/24/08 by his counselor, Theodore Martin at Carefirst Community Health Services (313) 846-5020.

**Michigan Department of Corrections**
**Presentence Investigation**

CFJ-284
Rev. 10/03

The defendant's prognosis for the future is extremely poor, in light of his pending parole violations and his continued involvement in criminally sexual assaultive behavior. The defendant denies culpability in the within offense and is adamant that he is innocent of the charges and was coerced into pleading Nolo Contendere.

The defendant's sentencing guidelines ranges on the charge of Criminal Sexual Conduct First Degree are 270 to 900 months which mandate incarceration. The defendant's sentencing guidelines on the conviction of Kidnapping are 270 to 450 months which also mandate incarceration. He is therefore ineligible for PA511 or participation in the SAI Prisoner Boot Camp due to the nature of the offense.

In view of the information reported above, it is therefore respectfully recommended that the defendant serve a term of incarceration on each felony conviction count.

## Agent's Description of the Offense

The following information was garnered from a Detroit Police Investigator's report dated: 1/13/08

On 1/13/08 at approximately 3:00 a.m., the complainants Tina Marie Bommarito, age 31 and Andrea Bommarito, age 21 were leaving the Oslo Bar located at 1456 Woodward, Detroit, MI, when the defendant Derrick Lee Smith walked out of the bar with them. Both complainants initially met the defendant when he walked in the bar at the same time and the complainants walked in the bar around midnight. The defendant walked the complainants to their car and opened the back door and sat in the back seat. A conversation ensued and the complainants agreed to take the defendant home. The defendant directed the complainant to Seven Mile and Gratiot and was instructed to turn on Lappin. The defendant then told the complaint Tina Bommartio to stop the car. The defendant then grabbed both complainants and told them that he had a knife and he would hurt them if they did not follow his instructions. The defendant made complainant Andrea Bommarito get in the back seat. He then tied her wrists with a scarf and made her lay down on the floor. The defendant made Tina Bommarito (Complainant No. 1) get in the passenger seat and told her to disrobe. The defendant forced his penis inside Complainant No. 1's vagina without a condom. Andrea Bommarito ( Complainant No 2) had her sister's cell phone in her hand and managed to dial 911 and left the phone on. The defendant drove the car and parked at a darker location. The defendant then made the complainants switch places again. The defendant then tied complainant No. 1's wrist and made her lay on the floor. The defendant forced his penis inside complainant No.2's vagina without a condom. The defendant made the complainants switch places again. The defendant made complainant No. 1 perform oral sex on him then attempted to get on top of the complainant, when she opened the car door and ran to 7 Mile Road where she flagged down an unknown vehicle. Complainant No. 2 then called 911 again and spoke to a dispatcher. The defendant chased complainant No. 1 and grabbed her and took her back to the car.

The dispatcher instructed officers to go to 7 Mile and Hoyt, but the car was gone when the officers arrived. Detroit and Eastpointe Police were in the area looking for the car. The complainant No. 2 had left her cell phone on in the car and the dispatcher could hear the defendant say he was going to rape and kill the complainants. The defendant stopped the car in front of 13780 Edmore and forced his penis inside complainant

**Michigan Department of Corrections**
**Presentence Investigation**

CFJ-284
Rev. 10/03

No. 1's vagina for a second time. Complainant No. 1 was able to hit the hazard lights with her foot. The defendant then became enraged and was trying to turn the hazard lights off. The dispatcher informed officers to look for the car with the hazard lights on. Eastpointe Police located the car and arrested the defendant. There was no weapon found.

The defendant was charged with six counts of Criminal Sexual Conduct First Degree and two counts of Kidnapping and pled Nolo Contendere to all conviction counts on 10/14/08.

## Consecutive Sentences

The Assistant Prosecuting attorney offered no statement as to whether consecutive sentencing applies, however as the defendant was under parole supervision at the time of his arrest, consecutive sentencing applies.

## Victim's Impact Statement

Writer spoke with the victim, Tina Bommarito who was reluctant to discuss the case over the telephone. Writer faxed a Victim's Impact Statement to the complainant and is awaiting a return fax at the time of this writing.

It is therefore, recommended that restitution be set a zero unless further information is obtained.

## Defendant's Description of the Offense

The defendant gave the following statement when interviewed in the Wayne County Jail:

"I am not guilty of the charges. The only reason I pled no contest was to get out of the county jail after 10 months of being incarcerated. I didn't commit the crime, they are both liars. While I was representing myself, I was denied the chance to fully present a good defense for myself, due to being held in the Wayne County Jail since 1/13/08 the night of the case. 24 hours a day locked down against my will and coerced into resolving this matter, due to my present living conditions. I am innocent of the crime."

/s/ Derrick Lee Smith

## Criminal Justice

**Juvenile History:**

This investigation revealed no juvenile criminal history for this offender.

**NO. 1 OF 1**

| Offense Date: | None |
|---|---|
| Petition Date: | |
| Petitioning Agency: | |

# Michigan Department of Corrections
## Presentence Investigation

CFJ-284

Rev. 10/03

| Charge(s) at Petition: | |
|---|---|
| Court of Jurisdiction: | |
| Final Charges: | |
| Adjudication Date/Method: | |
| Sentence/Disposition: | |
| Sentence/Disposition Date: | |
| Attorney Present: | |
| Discharge Date: | |
| Notes: | |

## Adult History:

### NO. 1 OF 8

| Offense Date: | 10/21/1991 |
|---|---|
| Status at Time of Offense: | |
| Arrest Date: | 10/21/1991 |
| Arresting Agency: | Harper Woods Police Dept. |
| Charge(s) at Arrest: | Embezzlement |
| Court of Jurisdiction: | 32A District Court, CFN 91-50900CM |
| Final Charges: | Embezzlement |
| Conviction Date/Method: | 01/11/1993 / Plea |
| Sentence/Disposition: | 45 days confinement |
| Sentence Date: | 01/11/1993 |
| Attorney Present: | |
| Discharge Date: | Unknown |
| Notes: | |

### NO. 2 OF 8

| Offense Date: | 02/08/1992 |
|---|---|
| Status at Time of Offense: | |
| Arrest Date: | 02/08/1992 |
| Arresting Agency: | St Clair Shores Police |
| Charge(s) at Arrest: | Check Insufficient Funds $100 or more but less than $500 |
| Court of Jurisdiction: | 40th District Court, CFN DC91060SFY |
| Final Charges: | Check Insufficient Funds $100 or more but less than $500 |
| Conviction Date/Method: | 02/26/1992 / Plea |
| Sentence/Disposition: | F/C/R $100 |
| Sentence Date: | 02/26/1992 |
| Attorney Present: | |
| Discharge Date: | Unknown |
| Notes: | |

### NO. 3 OF 8

| Offense Date: | 04/15/1992 |
|---|---|
| Status at Time of Offense: | |
| Arrest Date: | 04/15/1992 |

# Michigan Department of Corrections
## Presentence Investigation

CFJ-284

Rev. 10/03

| Arresting Agency: | East Pointe Police |
|---|---|
| Charge(s) at Arrest: | Larceny>$100 |
| Court of Jurisdiction: | 16th Circuit Court, Dkt #92971FH |
| Final Charges: | Attempt Larceny>$100 |
| Conviction Date/Method: | Unknown / Plea |
| Sentence/Disposition: | 3 years probation, first 12 months Macomb Jail $45/mo + $628 F/C/R |
| Sentence Date: | 06/11/1993 |
| Attorney Present: | Yes |
| Discharge Date: | Unknown |
| Notes: | |

## NO. 4 OF 8

| Offense Date: | 04/21/1992 |
|---|---|
| Status at Time of Offense: | |
| Arrest Date: | 04/21/1992 |
| Arresting Agency: | Harper Woods Police Dept. |
| Charge(s) at Arrest: | False Pretense |
| Court of Jurisdiction: | 32A District Court, Dkt #9251799CM |
| Final Charges: | False Pretense |
| Conviction Date/Method: | 06/03/1992 / Plea |
| Sentence/Disposition: | Confinement 45 days |
| Sentence Date: | 06/03/1992 |
| Attorney Present: | |
| Discharge Date: | Unknown |
| Notes: | |

## NO. 5 OF 8

| Offense Date: | 09/04/1992 |
|---|---|
| Status at Time of Offense: | |
| Arrest Date: | 09/04/1992 |
| Arresting Agency: | DPD |
| Charge(s) at Arrest: | Larceny by False Personation>$100 |
| Court of Jurisdiction: | 3rd Circuit Court, Dkt #92-01058701 |
| Final Charges: | Larceny by False Personation>$100 |
| Conviction Date/Method: | 09/21/1992 / Plea |
| Sentence/Disposition: | 5yrs probation and confinement 1 year |
| Sentence Date: | 12/01/1992 |
| Attorney Present: | Yes |
| Discharge Date: | Unknown |
| Notes: | |

## NO. 6 OF 8

| Offense Date: | 11/16/1997 |
|---|---|
| Status at Time of Offense: | |
| Arrest Date: | 11/16/1997 |
| Arresting Agency: | DPD |
| Charge(s) at Arrest: | CSC 3rd |

## Michigan Department of Corrections
## Presentence Investigation

CFJ-284

Rev. 10/03

| | |
|---|---|
| Court of Jurisdiction: | 3rd Circuit Court, Dkt #97-1014701 |
| Final Charges: | CSC 3rd |
| Conviction Date/Method: | 05/01/1998 / Plea |
| Sentence/Disposition: | 6yrs to 15yrs MDOC |
| Sentence Date: | 05/26/1998 |
| Attorney Present: | Yes |
| Discharge Date: | NA |
| Notes: | Parole violation charges pending |

### NO. 7 OF 8

| | |
|---|---|
| Offense Date: | 03/17/1998 |
| Status at Time of Offense: | |
| Arrest Date: | 03/17/1998 |
| Arresting Agency: | DPD |
| Charge(s) at Arrest: | CSC 3rd |
| Court of Jurisdiction: | 3rd Circuit Court, Dkt #98-413301 |
| Final Charges: | CSC 3rd |
| Conviction Date/Method: | 05/01/1998 / Jury |
| Sentence/Disposition: | 6 to 15 years MDOC |
| Sentence Date: | 05/27/1999 |
| Attorney Present: | Yes |
| Discharge Date: | NA |
| Notes: | Parole violation charges pending |

### NO. 8 OF 8

| | |
|---|---|
| Offense Date: | 01/13/2008 |
| Status at Time of Offense: | Parole |
| Arrest Date: | 01/13/2008 |
| Arresting Agency: | DPD |
| Charge(s) at Arrest: | 2 Cts Kidnapping, 6 Cts CSC 1st Degree |
| Court of Jurisdiction: | 3rd Circuit Court, Dkt #08-8639-01 |
| Final Charges: | 2 Cts Kidnapping, 6 Cts CSC 1st Degree |
| Conviction Date/Method: | 10/14/08/ Nolo Contendere |
| Sentence/Disposition: | Pending sentence |
| Sentence Date: | 10/29/2008 |
| Attorney Present: | Yes |
| Discharge Date: | NA |
| Notes: | |

## Parole Adjustment:

The defendant was initially paroled on 10/04/07 to the Kings Arms Hotel, he was placed under maximum supervision. His supervision plan was to remain crime free, no illegal drug use comply with the standard conditions of parole and to comply with Sex Offender Registration. The defendant remained unemployed during his parole supervision and tested negative for drug and alcohol use.

**Michigan Department of Corrections**
CFJ-284
**Presentence Investigation**
Rev. 10/03

---

The defendant was served with parole violation charges on 1/24/08 and pled not guilty to the charges. A parole violation hearing was held on 2/1/08 and probable cause was found on his parole violations.

**Misconducts:**

While incarcerated the defendant received misconducts on 12/17/99 for Possession of Forged Documents, and 11/10/01 and 6/2/02 for Out of Place/out of Bounds.

**Personal Protection Order(s):**

| Effective Date: | None |
|---|---|
| Issuing Location: | |
| Docket Number: | |
| Protected Person: | |
| Expiration Date: | |
| Notes: | |

**Gang Involvement:**
There has been no known prior gang involvement for the defendant.

| Start Date | End Date | Gang Name | Gang Location | Gang Role | Gang Rank/Status |
|---|---|---|---|---|---|
| | | | | | |

**Gang Marks, Scars, & Tattoos:**
None

**Gang Names:**
None

## Family

| Name | Relationship | Age | Address | Phone | Occupation |
|---|---|---|---|---|---|
| Smith, Rhonda | Mother | 59 | 19246 Hoyt Detroit, Michigan 48205-2312 | (313) 642-6565 | |
| Davis, Jacqueline | Sister | 40 | 22509 Woodcrest Harper Woods, Michigan | | |
| Perry, Willie | Brother | | Unknown Michigan | | |
| Robertson, Marie | Other Family | | 18890 Goddard Detroit, Michigan | | |
| Cordello, Raymond | Father | Deceased | | | |

**Comments:**

## Michigan Department of Corrections
## Presentence Investigation

CFJ-284

Rev. 10/03

The defendant reported he was born and raised in the City of Detroit to the union of Rhonda Smith and Raymond Cordelle on 11/1/72. The defendant reported that his parents were married until his father's death on 9/12/94 from natural causes. The defendant reported he was never neglected or abused during his formative years and he had a good relationship with his parents and siblings. According to the defendant there is no history of drug or alcohol abuse in the family or a history of mental illness. The defendant also denies any one else in his family has a criminal history. It should be noted that MDOC records indicate the defendant's brother, Eric Smith has a criminal record under MDOC 506413.

The defendant reported he has strong family ties, however he was unable to provide this writer with current addresses or phone numbers for his family as their addresses and phone numbers have changed and he has lost



The defendant does not pay child support for any of his children.

## Michigan Department of Corrections
## Presentence Investigation

CFJ-284
Rev. 10/03

## Employment

| Employer Name | Start Date | End Date | Position | Rate of Pay | Termination Reason |
|---|---|---|---|---|---|
| Fishbone's | 1997 | 1997 | | | |

The defendant reported that his last employment was with Fishbones Restaurant in 1997 prior to his incarceration. The defendant reported that while incarcerated, he worked in the Law Library as a Clerk and Legal Writer.

## Education

**High School:**

| Name | Start Date | End Date | Level Completed | Area of Study | Certificate |
|---|---|---|---|---|---|
| | | | | | |

The defendant obtained his GED while incarcerated on 1/15/99. He reported that while incarcerated he received certificates in legal Research and a Para Legal Certificate.

**College/Advanced Degrees:**

| Name | Start Date | End Date | Level Completed | Area of Study | Certificate |
|---|---|---|---|---|---|
| None | | | | | |

**Vocational/Other Training:**

| Name | Start Date | End Date | Level Completed | Area of Study | Certificate |
|---|---|---|---|---|---|
| None | | | | | |

## Substance Use and Treatment

**Substance Use:**

| Drug | Start Date | End Date | Frequency | Age of First Use |
|---|---|---|---|---|
| | | | | |

The defendant denies any history of illegal drug use or alcohol use. The defendant reported he voluntarily attended substance abuse treatment while incarcerated. The defendant tested negative for all substance abuse tests during parole supervision.

**Substance Abuse Treatment:**

| Treatment Type | Provider | Start Date | End Date | Completed |
|---|---|---|---|---|
| None | | | | |

## Michigan Department of Corrections
## Presentence Investigation

CFJ-284

Rev. 10/03

# Health

**Physical Health:**

| Health Problem | Medication | Treatment | Treatment Begin Date |
|---|---|---|---|
| Back Interfering with Strenuous Activity | | Asprin daily for arthritis | |

The defendant reported he suffers from arthritis and back problems and suffers from inflammation in his right knee and left toe.  The defendant reported he was seeking social security disability as a result of physical health problems  and received one payment of $340.00 verified by Ms. Allford of Social Security Disability (313) 456-1709.

**Mental Health:**

| Health Problem | Medication | Treatment | Treatment Begin Date |
|---|---|---|---|
| | | | |

The defendant denies any history of mental health problems.  He was referred by the Court for a Competency Evaluation and found competent to stand trial.

Parole records indicate the defendant was attending out-patient Sex Offender treatment at Care First, 8097 Decatur, Detroit, MI. (313) 846-5020  Writer faxed an authorization to Mr. Martin to obtain the defendant's adjustment to treatment and is awaiting a return response at the time of this writing.

Writer reviewed the defendant's outpatient sex offender treatment which indicated he was referred for outpatient treatment on 10/11/07 and terminated from the program on 1/24/08 based on having two unexcused missed group sessions and return to closed custody.

Upon review of his discharge the defendant's counselor Theadore Martin indicated "Mr. Smith is not able to control his impulsive self-defeating behaviors nor have the ability to sexual delay gratification… Mr. Smith will always remain a very high risk to the pubic safety due to his alienated sociopath personality traits."

# Finances

**Income:**

| Type | Amount | Description |
|---|---|---|
| | | |

The defendant has no current source of income.

**Assets:**

| Type | Estimated Value | Description |
|---|---|---|
| | | |

The defendant denies any assets of $1,500 or more.

EXHIBITS



**police**

## Michigan Department of Corrections
### Presentence Investigation

CFJ-284

Rev. 10/03

**Liabilities:**

| Type | Amount | Description |
|------|--------|-------------|
|      |        |             |

The defendant denies any outstanding debts.

ja

Derrick Lee Cardello-Smith
#267009
Ionia Maximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

May 27, 2025

Office of the Clerk
United States District Court
Theodore Levin US Courthouse
Case Processing Section-Office 564
231 W. Lafayette Blvd
Detroit, MI 48226

      Re: Derrick Lee Cardello-Smith v. Sean Combs et al
          Case No 2:25-cv-10754

      Dear Clerk:

      Enclosed for filing in the above cause, OFFERS OF PROOF and OTHER DOCUMENTS to be placed on the assigned judges docket.

      Proof of Service is confirmed on Page 2 of the Pleadings.

      Thank you for your time in this matter.

Derrick Lee Cardello-Smith

RECEIVED
JUN 0 2 2025
CLERK'S OFFICE
DETROIT

Office of the Clerk
United States District Court
Case Processing Section-Room 564
Theodore Levin U.S. Courthouse
231 West Lafayette Blvd
Detroit, MI 48226

Dennis Lee Cardello-Smith
#267009
Ionia Maximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

Mailed on 5-27-25
2:25-CV-10754