23

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D

JUN 0 2 2025

CLERK'S OFFICE
DETROIT

DERRICK LEE CARDELLO-SMITH, #267009
Plaintiff,

Vs

SEAN COMBS, et al
Respondent,
_____/

Case No 2:25-cv-10754
Honorable Mark Goldsmith

## MOTION TO VACATE JANUARY 22, 2025 ORDER OF DISMISPLE BASED ON MULTIPLE OFFER OF PROOF CONFIRMING FRAUDULENT CONCEALMENT BY RESPONDENTS TOLLING THE STATUTE OF LIMITATIONS ON THE RAPE CLAIMS

Plaintiff now presents this Court with INDISPUTABLE PROOF OF the Brutal Rape of this Plaintiff by Respondent Sean Combs and the Concealment of the Rape and Sexual Assault of the Plaintiff by Respondent Sean Combs and the Fraudulent Concealment Conducted by Respondent Sean Combs Associates, Detective Patricia Penman, Police Officer Nicole Rabior (Sanistaj), Assistant Wayne County Prosecutor, Suzette Samuels, Tina Bommarito, Andrea Walker, Detroit Police Department, Chief Wayne County Prosecuting Attorney Kym L. Worthy, Detroit Judges, and the others involved in this matter.

Plaintiff submits these Offers of Proof to Confirm to this Court that the Plaintiff was raped, and that the Time Limits Should be Tolled as that The Affidavits having been presented to this Plaintiff are new and in fact, are true and real and CANNOT BE DISPUTED BY THE RESPONDENTS OR DEFENDANTS ATTORNEY and most importantly, they cannot be deemed as forged as the Defendants have claimed multiple times in this case, and yet, THEY HAVE STAYED AWAY FROM ALL OF THE AFFIDAVITS, because Defendants Attorneys David Fink of Fink Bressack, and Kristoffer Butler for Wayne County know that the Affidavits are TRUE, REAL AND ACCURATE and NOT FORGED as they have claimed.

Plaintiff submits the following Offers of Proof:

### OFFER OF PROOF #1
AFFIDAVIT OF GEORGE PRESTON CONFIRMING THE BRUTAL RAPE AND SEXUAL ASSAULT OF PLAINTIFF BY RESPONDENTS SEAN COMBS NOTARIZED BY SARAH L. ARMSTRONG IN ST. CLAIR COUNTY

### OFFER OF PROOF #2
JOINT AFFIDAVIT OF DENISE JACKSON AND PLAINTIFF CONFIRMING A HER PAYMENTS TO 36TH DISTRICT COURT JUDGES TO SECURE THE WARRANT ON PLAINTIFF IN 2019 NOTARIZED BY NOTARY PUBLIC MR. HANCOCK IN IONIA, MICHIGAN

1.

**OFFER OF PROOF #3**
**AFFIDAVIT OF BRIAN WIREMAN, FORMER EMPLOYEE OF**
**SEAN COMBS AND KYM WORTHY CONFIRMING THAT THEY**
**PARTICIPATED IN THE COVER-UP OF PLAINTIFFS RAPE BY RESPONDENTS**
**AND NOTARIZED BY MR. HANCOCK IN IONIA, MICHIGAN.**

**OFFER OF PROOF #4**
**AFFIDAVIT OF TERESA BAKER, FORMER DETROIT POLICE OFFICER**
**ADMITTING TO HER ROLE IN THE CONSPIRACY AGAINST PLAINTIFF**
**NOTARIZED BY MICHAEL JONES, IN WAYNE COUNTY, MICHIGAN**

The affidavits confirm that the Plaintiffs claims have been and are true and Justice DEMANDS that this Court take this matter to further proceedings.

The Statue of Limitations has been Tolled in this case and, it has also been proven to be newly discovered evidence that was NOT AVAILABLE Prior to the January 2025 Judgment granting Dismissal and it REQUIRES THAT THE COURT VACATE THAT ORDER under RULE 60 and allow this Matter to proceed to a Jury Trial, and grant Judgment in favor of the Plaintiff.

**RELIEF SOUGHT**
Wherefore, Plaintiff prays this Court will Grant Judgment in favor of the Plaintiff and Grant this Matter will proceed to Trial and take any other action necessary as that the Statute of Limitations has been Tolled.

Thank you for your time.                                                    May 27, 2025

Mr. Derrick Lee Cardello-Smith #267009
IMAX-1576 W. Bluewater Highway
Ionia, MI 48846

OFFER OF PROOF #1

State of Michigan
County of St. Clair

# Affadavit of George Preston

I George Preston was present during the following events in June 1997.

(1.) The sexualt assault of Derrick lee Cardello Smith by musical, recording artist, businessman, and investment seeker Sean Combs aka P. diddy

(2.) This was a brutal sexual assault by Mr. Combs upon a knocked out Derrick Lee Cardello Smith.

(3.) Mr. Combs used a syringe and injected a knock-out symptom into the back/neck area of Cardello Smith and pistol whipped him while annally raping him with his penis.

(4.) This took place at a hotel in Adrian Michigan. There was a sign that said either a Holiday Inn or Days Inn coming soon

cont

(4.) to the hotel where this happened.

(5.) I had given Mr. Combs money into Bad Boy Records. I have reciepts and contracts signed and notarized by Mr. Combs, Judge Kym Worthy of Detroit, She is now a Prosecutor of Wayne County, and Cordello Smith

(6.) I was scared and shocked because I had never seen a man or anyone raped before, but I knew enough to keep my mouth shut.

(7.) Later on that morning after that event I went to a scheduled meeting with Combs, Worthy, Warren Evans, a police officer with named Patrick Jackman, and other local government officials from Detroit that were investors into Bad Boy Records.

(8.) A car came screeching up to us into the Detroit Police Crime Lab and a man came out like a raging animal and had a tire iron in his hand. He smashed the knees of 2 of Mr. Combs body guards, punched Mr. Combs in the face 4 times, knocked him to the ground and then was going to bring the tire iron into Mr. Combs face but Kym Worthy yelled to him, " You better not mess up my investment!".

(9.) I was moved away 20 minutes later, we all signed a hand written agreement where Cardello Smith's investment of $150,000.00 would stay with Bad Boy Records and Combs would stop any orders to kill Smith's family, Cardello Smith would face rape charges instead of Combs going down for multiple rapes.

(10.) Cardello Smith then went to the hospital, I went my way.

<u>Verification</u>

These events happened, I will testify in court, they are true, under the penalty of perjury.

George Preston
7541 Yale Rd
Avoca Mi. 48006
(810) 689-3285

11/8/24

**INDIVIDUAL ACKNOWLEDGMENT**

State/Commonwealth of _Michigan_

County of _Saint Clair_ } ss.

On this the ___8th___ day of _November_____, _2024_____, before me,

_Sarah L. Armstrong_____, the undersigned Notary Public,
*Name of Notary Public*

personally appeared _George Preston_____

*Name(s) of Signer(s)*

☐ personally known to me **– OR –**

☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same for the purposes therein stated.

WITNESS my hand and official seal.

```
SARAH L ARMSTRONG
Notary Public - State of Michigan
County of St Clair
My Commission Expires Mar 3, 2029
Acting in the County of Saint Clair
```

_____
*Signature of Notary Public*

_EXP 03/03/2029_
_____
*Any Other Required Information*
*(Printed Name of Notary, Expiration Date, etc.)*

*Place Notary Seal/Stamp Above*

───────────── **OPTIONAL** ─────────────

*This section is required for notarizations performed in Arizona but is optional in other states. Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Character Statement Derrick LeeCardello Smith_

Document Date: _NONE_                    Number of Pages: _4_

Signer(s) Other Than Named Above: _NONE_

©2023 National Notary Association

M1304-07 (09/23)
Used for states (AL, AZ, CO, CT, DE, GA, IA, ID, IL, IN, KS, KY, LA, MD, ME, MI, MN, MS, MT, NC, ND, NE, NH, NJ, NM, OK, OR, RI, SC, SD, TN, VA, VT, WV, WI, WY)

OFFER OF PROOF #2

State of Michigan)
            )ss
  County of Ionia)

JOINT AFFIDAVIT OF 36TH DISTRICT COURT EMPLOYEE DENISE JACKSON
AND WRONGFULLY CONVICTED PRISONER DERRICK LEE CARDELLO-SMITH #267009
AS TO 36TH DISTRICT COURT MAGISTRATE JUDGE LAURA ECHARTEA
ACCEPTING $32,000.00 TO ARRAIGN DERRICK LEE CARDELLO-SMITH #267009
ON THE FALSE RAPE CHARGE FILED BY CARLI CARPENTER
ON ORDERS OF SEAN JOHN COMBS a/k/a/ P.DIDDY

Present are the Parties of Denise Jackson, 36th District Court Criminal
Division Employee and Prisoner Derrick Lee Cardello-Smith, #267009 do swear to
the following facts herein detailed in this Joint Affidavit:

STATEMENT OF DENISE JACKSON AS TO THE CASE OF PEOPLE OF THE STATE OF MICHIGAN
vs DERRICK LEE CARDELLO-SMITH Case No 2019-000756-01-FC Wayne County Circuit
Court:

1. I, Denise Jackson, worked for the 36th District Court, Criminal Division,
421 Madison, Detroit, MI 48226.

2. That I directly conducted Case Proceedings and documents for 36th District
Court.

3. That On January 9, 2019, I directly Observed Patricia Penman, Detective for
Wayne County Sexual Assault Kit Task Force Provide a Cash Payment of $2,500.00
(Twenty-Five Hundred Dollars) to 36Th District District Court Judge Laura
Echartea.

4. That I directly Attended the meeting on the Morning of Januar 9, 2019 with
Patricia Penman, Detective, Deyana Unis, assistant Wayne County Prosecuting
Attorney, Kym L. Worthy, Kym L. Worthy, Chief Wayne County Prosecutor, Mark
Agifilo, Attorney for Sean John Combs, also known as P. Diddy, Puffy, Puff
Daddy, Carli Carpenter, Trial court Complainant, Tina Bommarito, Trial Court
Complainant Andrea Bommarito, Trial Court Complainant, Mr. Harrington, MDOC
Officer St. Louis Correctional Facility Employee, John Fager, MDOC Employee
and Jose Ortiz, Detective for Detroit Police Department.

5. That Mark Agifilo Gave a total of $5,000.00 (Five-thousand Doallars) to
each named person, for their past and current roles in the Criminal
Prosecutions Of Derrick lee Cardello-Smith #267009.

6. The meetings I attended consisted of the following subjects--(1) To ensure
that Mr. Sean Combs Orders were executed precisely; (b) To ensure that Derrick
Lee Cardello-Smith #267009 is Incarcerated on false rape and Kidnapping
Charges; (c) to ensure that Cardello-Smith 3267009 remains incarcerated on
Charges that he did not commit so that He cannot collect on his Rightfully
entitled 49% (Forty-Nine Percent) of Bad Boy Records, All Holdings of Sean

1.

John Combs and Bad Boy LLC, because Sean Combs did in fact take Money from Cardello-Smith in the Form of a Cash payment of $150,000.00 (One-Hundred Fifty Thousand Dollars) while acting as a Bartender for Mr. Combs.

7. I accepted Money to Process the Warrant, The Complaint, the Rape Test Kit Results, and I was ordered to do these acts in my official capacity as case Manager for the Criminal Division of the 36th District Court in the Criminal Case of People of the State of Michigan v. Derrick Lee CArdello-Smith MDOc #267009.

8. I knowingly processed and participated in the false Criminal Charges against Mr. Cardello-Smith and I knew that these charges were false and I had no choice except to act on these proceedings because if I did not, Sean Combs, Kym Worthy and the Detroit Police Department would act on their previous threats and beatings I took and I did it out of fear for my families safety and my own.

9. Derrick Lee Cardello-Smith has been wrongfully charges, wrongfully convicted and has been maliciously prosecuted by these members of the same organization and I played a role in this Mans Innocence being taken and and his continued incarcerated is all because of my own acts in office.

10. I will attest to these events if and when called about the Bribes, and False Prosecutions that have taken place in this Court as well as the claims detailed in Woods v. 36Th District Court.

11. Derrick Lee Cardello-Smith is in prison because of my own acceptance of money that I was paid to process false charges, and documents against him and I ask that this Affidavit is accepted as real and true and in the presence of Derrick Lee Cardello-Smith #267009.


STATEMENT OF DERRICK LEE CARDELLO-SMITH #267009 AS TO MY WRONGFUL INCARCERATION AND CONVICTION ON THE ORDERS OF SEAN COMBS (DIDDY) AND OTHER NAMED PERSONS:


1. my name is Derrick Lee Cardello-Smith #267009.

2. I am in Prison on Orders of Sean Comb, and wrongfully convicted.

3. I have been Placed in Prison by and on the Orders of Sean Combs "Diddy" and Kym L. Worthy, Wayne County Prosecutor.

4. I did not Rape Anyone.

5. I was raped by Sean Combs.

6. I had money taken from me by Sean Combs.

7. I had my freedom taken by Sean Combs.

8. I should be allowed to withdraw my No-Contest Plea.

9. I only plead No Contest after my Witnesses Life was Threatened by Detective Patricia Penman and Sean Combs less than 2 weeks before it was scheduled to go to trial.

10. Detective Penman, Worthy and Sean Combs threatened my witness to not come forward.

11. I NEVER PLEAD GUILTY, I WAS NEVER FOUND GUILTY BY A JUDGE, I WAS NEVER FOUND GUILTY BY A JURY TRIAL.

12. I should be allowed to withdraw the Plea.

13. Sean Combs framed me and did so for the purpose of ensuring that I could not go through with collecting my investment and the returns of my investment into Bad Boy Records in January 1997.

14. I should not be held in prison and I should be allowed to withdraw the No Contest Plea and Proceed to a Jury Trial and these people should be allowed to come to court and offer REAL TESTIMONY TO THE TRUTH, and that is that I did not commit any crimes against anyone.

15. Judge Echartea was paid to Falsely Arraign me on Charges that she accepted money for and it was all done on the named parties behalf, to silence me and convict me and to keep me out of the way.

16. I will proceed to a Jury Trial if I am allowed to do so.

17. What does the Wayne County Prosecutors Office, Sean John Combs and everyone else have to worry about in court by allowing me to go to a Jury Trial? If they are so confident that I did this crime, then simply allow the No-Contest Plea to be withdrawn and allow me to Proceed to a jury Trial.

18. I am willing to do it, but they are scared of the fact that they know that they have conspired to frame me and convict me and keep me silenced for so many years and they know I know All the Dirt they have done over the years and they do not want it to get out, otherwise, why have they worded so hard to deny me my freedom and it has been wrong for so many decades to have me incarcerated for crimes I did not do and that were actually committed by Defendant Sean John Combs.


The events are true and accurate and real and are signed by both persons in attendance for Statement and Signing and will swear to these events under the Penalty of Perjury.

## DECLARATIONS

The persons and parties do swear and declare that the above events are true, accurate and real and are based on personal experience, knowledge and belief and will be attested to under the penalty of perjury in a Court of Law.

The above person(s) did appear before me on the date of April 3, 2025 for the above affidavits detailed herein and sayeth nothing more.

*Denise Jackson*

Denise Jackson
36th District Court
Criminal Division employee
421 Madison Street
Detroit, MI 48226

Dated: APRIL 3, 2025

My Commission does not expire.

*Derrick Lee Smith*

Derrick Lee Cardello-Smith
#267009
Ionia Bellamy Creek Correctional Facility
1727 West Bluewater Highway
Ionia, Michigan 48846

Notary Public Signature    4/3/25

Exp 1/16/30

4.

OFFER OF PROOF #3

State of Michigan)
          )ss
  County of Ionia)

## AFFIDAVIT OF BRIAN WIREMAN

The Undersigned, BRIAN WIREMAN, having appeared before me, and being duly sworn, and hereby states that the following are true and factually based events that will be attested to in a Court of Law, State or Federal, civil or Criminal as to:

1. That in November 2007, and in January 2008, I met directly with the persons of

(1) Patricia Penman, Detective of the Dearborn Police Department, (2007),

(2) Suzette Samuels, Assistant Wayne County Prosecutor (January 2008),

(3) Tina Bommarito, (January 2008),

(4) Nichole Rabior, Detroit Police Officer (January 2008),

(5) David Cobb, Detroit Police Officer, (August, 2007),

(6) Kym L. Worthy, Judge in 1997 and Wayne County Prosecutor January 2008),

(7) Vincent Smothers (October 2007).

2. During these meetings that were were at, I directly participated in and I observed visually and verbally heard the following conversations take place: "Mr. Cobb ordered Vincent Smothers to Eliminate Cardello-Smith #267009. "Patricia Penman, The Detective and apparent Ex-Girlfriend of Cardello-Smith paid Mr. Smothers Alot of Money to "Add Cardello-Smith #267009 to a Hit List for Execution and Shooting,", "That Cardello-Smith would be framed for a Series of Kidnappings and Rapes that he is in fact not guilty of", " To Have Tina Bommarito, Carli Carpenter both File False Police Reports of Sexual Assault on Cardello-Smith",.

3. I was then approached Directly by Ky. L. Worthy, a Sitting active Chief Prosecuting Attorney for Wayne County, to ensure that "Cardello-Smith #267009 was in fact Placed in Prison for False Rapes, and that they had Plenty of Rape Kits dating back to the 1980's and that Kym L. Worthy was doing this "ON THE ORDERS OF SEAN "PUFFY" COMBS,".

4. Kym worthy looked directly at me and states that "I had better keep my mouth shut and keep on doing what I have been doing by acting as Security for her and being her Montcalm Connections, and conducting business as usuals."

5. Suzette Samuels is the Assistant Prosecutor who instructed me that Since Cardello-Smith did not want to Kill David Cobb's Wife of the Detroit Police Department, that I am to make sure that "I do not every discuss their her role in the Hiring of Vincent Smothers and his accepting the Contract to Kill Rose Cobb and Kill Derrick Lee Cardello-Smith #267009.

6. I was instructed by Patricia Penman, Wayne County Detective to "1. Arrange for the Sisters Tina Bommarito and Adnrea Bommarito, to Make contact with Cardello-Smith in November 2007 for the purpose of FRAMING CARDELLO-SMITH FOR KIDNAPPING AND RAPE CHARGES. This would be done by my providing the Contact information of Where Cardello-Smith was staying when out on Bond Pending Appeal for 90 days and then giving that information to Patricia Penman.

I obtained the Information from a Detroit Police Officer named Nicole

1.

rebior, out of The 9th Precinct, N Eastern Division.

7. I was told directly by Patricia Penman that I would then give her 9Penman) the File containing all the location information on Cardello-Smith to her so that she can attend a meeting with Cobb, bommarito, Smothers and Boike, and some other people, but most importantly, Kym Worthy was the person who stood out, because she is the Wayne County Prosecutor and She has threatened me and has placed so many people in Prison illegally for False Rape and False kidnapping charges.

8. I was directed by Suzette Samuels, kkym U. Worthy, Patricia Penman, to 'Follow their orders, because "PUFF DADDY DEMANDS IT." I had to follow their orders and I promise you, I did to the letter with no problems whatsoever and It is because I feared for my life.

9. Patricia Penman, is the lead detective in this Cardello-Smith's Criminal Case and She dated this man, and she told me many times that she 'Hated the fact that he (Cardello-Smith Dumped her) in the early 1990's. and that she would "Make sure that he never gets out of prison and never gets to be with another woman again, if she cannot have him.

10. Patricia Penman, Kym Worthy, Suzette Samuels and I worked for Sean John combs, also known as P. Diddy. I have extensive knowledge of the events and people that are involved in this matter and I will ensure that the truth is heard in these cases because Cardello-Smith has been framed by these named people and is in prison on cases he never should have been place din prison for all because he did not want to cooperate with Sean Combs and Other law enforcement in Wayne COunty.

11. I observed on TV Cardello-Smith having sued Mr. Combs and I have come forward with my insight into this matter, because The Named individuals and I will in fact present my key Insights into this matter if called upon to the Courts for these matters.

12. I have not been paid anything by anyone to offer this testimony, I have not been threatened by anyone to offer this affidavit and facts and I stand by these facts and events and I state that I worked for Sean Combs, Kym Worthy, Suzette Samuels and I am very familier with Patricia Penman and her roles in this matter of Framing Cardello-Smith #267009.

13. I will speak truth to Mr. Cardello-Smith's Claims and I submit to this Court that Mr. Cardello-Smith is innocent and that he has been framed by Sean Combs, Kym Worthy, Suzette Samuels, Tina Bommarito, and others to HIDE SEAN COMBS SEXUAL ASSAULT OF MR. CARDELLO-SMITH BY MR. COMBS and BY HIS EX-GIRLFRIEND, PATRICIA PENMAN, and others in the Criminal Enterprise of Sean combs and Wayne County Officials that I was a Part of and Will attest to truthfully.

13. I was following orders of Sean Combs, Kym U. Worthy, Patricia Penman, Suzette Samuels and David Cobb to assist in a Conspiracy to Frame Cerdello-Smith #267009 for a False Rape and Kidnapping Charges in Wayne County, and I was payed to play a role in these actions by these named officials, because they each had a personal, Financial intereat in ensuring that Cardello-Smith would never be able to get Justice for his being Sexually Asseulted by Sean Combs and to collect on his investment of money he gave to Mr. Combs and the Money that Kym Worthy has given to Mr. Combs and other officials in Wayne County since 1997.

I make these statements under all truth and I state that I aided in Framing Cardello-Smith for False rape and Kidnapping Charges in 2008, and that The named people did this to False Convict Cardello-Smith #267009.

DECLARATION

I swear and declare that the events described herein are true, real and accurate and occurred base don my own knowledge, Information and belief and I will attest to these facts within an open court of law under the penalty of perjury.

April 18, 2025

Mr. Brian Wireman
#729116
2500 S. Sheridan Drive
Muskegon, MI 48846

_____
Signature of Notary Public

Subscribed and sworn before me on April 18, 2025.

my Commission expires on; _____ 1 /16/25 30

**3.**

OFFER OF PROOF #4

State of Michigan)

)ss

County of Wayne)

## AFFIDAVIT OF TERESA BAKER
### (Former Detroit Police Officer)

The above hereby having been duly sworn deposed and hereby states that. Teresa Baker, swears to the following:

1. That I am a former Detroit Police Officer for the City of Detroit, Michigan.

2. That I was employed in the City of Detroit from 1992 through 2016.

3. That I worked for Sean Combs, also known as Puff Daddy, P. Diddy.

4. That I accepted money from Mr. Sean Combs to falsely imprison Cardello-Smith..

5. The Amount of Money I accepted was $75,000.00.

6. That I accepted this money pertaining to Mr. Derrick Lee Cardello-Smith, MDOC #267009, Date of Birth, November 1, 1972, Detroit, Michigan.

7. That Derrick Lee Cardello-Smith was an investor into Bad Boy Entertainment.

8. That this money was accepted by Sean Combs in 1997 from Cardello-Smith.

9. That the Amount of money was for $150,000.00.0.

10. That Wayne County Detective Patricia Penman Framed Cardello-Smith.

11. That Wayne County Prosecutor Kym L. Worthy Authorized the Framing and Cover-up of Derrick Lee Cardello-Smith MDOC #267009 for Multiple Counts of Criminal Sexual Conduct and Kidnapping that he is and was truly innocent of.

12. That Assistant Wayne County Prosecutor Suzette Samuels accepted false police reports of Nicole Sanistaj,(Rabior) investigator on the 2008-008639-01-FC criminal Case against Cardello-Smith.

13. That Tina Bommarito's Rape Claim against Cardello-Smith is false and ordered by Sean Combs, also known as Puff Daddy, P. Diddy.

14. That Andrea Walker's (Bommarito) Rape Claim against Cardello-Smith is false and ordered by Sean Combs, also known as, Puff Daddy, and P. Diddy.

1.

15. That Carli Carpenter's (Boike) Rape Claim against Cardello-Smith is false.

16. That Patricia Penman, hired Contract Killer Vincent Smothers to Kill Cardello-Smith, as the last private investor into Bad boy Entertainment in 1997.

17. That Sean Combs, Kym Worthy, Patricia Penman, Suzette Samuels and I all conspired to frame Cardello-Smith in 1997 to cover up a self-defense Homicide that happened in 1997 when Cardello-Smith defended himself against 3 assailants hired by Mr. Sean Combs.

18. That I conspired with these people to frame an innocent man and Wayne County Prosecutor Kym L. Worthy provided the deal and cover for these crimes funded by Sean Combs to Frame and Kill the investors (Cardello-Smith) who is owed 49% of Bad boy Entertainment.

19. That the Wayne County Prosecutors Office Chief Prosecutor Kym L. Worthy was a judge in 1997 and that she was paid to Frame Cardello-Smith and did so with the 1997 Prosecutor Mr. Duggan, Current Mayor of Detroit, to Hide the Homicide committed by Cardello-Smith because it would be linked to the Combs and Worthy team, and then he (Cardello-Smith) was framed for Sex Crimes that he is innocent of and that it was done to keep him from collecting on his rightfully entitled 49% he is entitled to of Bad Boy Entertainment from his investment into Bad Boy Entertainment in 1997.

20. That Mr. Cardello-Smith is serving on crimes that he is truly innocent of and that I played a role in it and I now seek to do the correct, rightful and just thing and if he is given a court hearing, I will appear and attest to these facts because they are true and real and did happen.

21. Mr. Cardello-Smith is an innocent man who was Robbed of his Rightful claim of 49% of Bad Boy Entertainment and he was Sexually Assaulted by Mr. Sean Combs in 1997, and he was framed by Mr. Combs in 1997 and is still being denied every appeal by the criminal enterprise I have been a part of for decades and if I am allowed, I will present Proof and other evidence of these events detailed by me.

22. Patricia Penman, is the Investigator and Detective in the case of <u>People of the State of Michigan v. Derrick Lee Cardello-Smith, Case No 2019-000756-01-FC</u> and she is an employee of Sean Combs and an ex-girlfriend of Cardello-Smith who wanted Vincent Smothers (Contract Hitman) to kill him (Cardello-Smith) because Cardello-Smith broke up with her (Penman) in the early 1990's and when he refused a contract killing of David Cobb's Wife, Rose Cobb who was killed by Vincent Smothers and then he was given a deal of 10 murders for 50 years by Kym L. Worthy.

23. I am the one who was ordered to threaten Mr. Cardello-Smith's witness in his 2019-000756-01-FC criminal case and ordered his witness George Preston to not come to trial and then, Patricia Penman also Threatened George Preston less than 2 weeks before Cardello-Smith's April 2019 trial was to take place, and Cardello-Smith entered a No-Contest plea on the court record in order to Save his Witnesses life. This is all corroborated by Trial Court Appearance Transcripts on the proceedings in the Wayne County Circuit Court in April and May 2019, <u>People of Michigan v. Derrick Lee Cardello-Smith 2019-000756-01-FC, Third Circuit Court for Wayne County, Judge Bridget Mary Hathaway Presiding.</u> Mr. Preston was to appear for an evidentiary

2

hearing in April 2019 and that hearing turned into a No-Contest Cobbs Plea between Cardello-Smith and Judge Bridget Hathaway, who was sympathetic to the prosecutions false side of rape victims. I was present and Sean Combs was present during the meetings about this matter.

25. Kym L. Worthy, Chief Wayne County Prosecutor provided Mr. Vincent Smothers a Deal of 50 years, because he had killed 10 people and 4 of those people, were also investors into Bad boy Entertainment, just like Cardello-Smith was in 1997 and Cardello-Smith was the only one who lived and he was actually on Vincent Smothers hit list, as ordered by Sean Combs, who employs many staff, including members of the Wayne County Prosecutors Office, Detroit Police Department and other agencies in the state of Michigan, all working to frame Cardello-Smith on the orders of Sean Combs.

## DECLARATION UNDER PERJURY PENALTY

I will attest to these events, and facts because they are true to my ability, knowledge information, experience and belief.

April 20, 2025

*Michael Jones*
Signature of Notary Public

My commission expires on 6-13-2029

*Teresa Baker*
Teresa Baker
19182 Wisconsin Street
Detroit, MI 48221-3224

MICHAEL JONES
Notary Public, State of Michiigan
County of Wayne
My commission Expires June 13, 2029
Acting in the County of Wayne

3.

Derrick Lee Cardello-Smith
#267009
IMAX-1576 W. Bluewater Highway
Ionia, MI 48846

May 27,2025

Clerk-US District Court
Eastern District of Michigan
Room 564
231 W. Lafaytte Blvd
Detroit, MI 48226

Re: Derrick Lee Cardelo-Smith Vs. Sean Combs
Case No 2:25-cv-11486

Dear Clerk:

Enclosed for filing in the above cause, please find documents and OFFERS OF PROOF to be placed on the Court record as related to the above case.

Thank you for your time.

Derrick Lee Cardello-Smith

RECEIVED

JUN 0 2 2025

CLERKS OFFICE
DETROIT

Office of the Clerk
United States District Court
Case Processing Section-Room 564
Theodore Levin U.S. Courthouse
231 West Lafayette Blvd
Detroit, MI 48226

Derrick Lee Cardello-Smith
#267009
Ionia Maximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

Mailed on 5-27-25

Case No 2:25-cv-10754