FILED
JUN 3 - 2025
CLERK'S OFFICE
DETROIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH, #267009,
    Petitioner,

Vs

SEAN COMBS, et al,
    Respondents,
_____/

Case No 2:25-cv-10754
Honorable Mark Goldsmith

## MOTION FOR DISCOVERY
## & ORDER GRANTING DISCOVERY

Plaintiff, Cardello-Smith, hereby moves this to enter an order GRANTING DISCOVERY to be provided by the Respondents to the Petitioner and that either the respondents or the Respondents Attorney of Record, Produce the Discovery this Petitioner is seeking, and states thefollowig documents, records and materials should be provided to the Petitioner immediately:

1. ALL CRIMINAL FILE RECORDS HELD BY RESPONDENT KYM WORTHY ON THE PETITIONER, DERRICK LEE CARDELLO-SMITH

2. ALL SEXUAL ASSAULT CRIMES REPORTS, NOTES, DOCUMENTS, EVIDENEC AND MATERIALS HELD BY THE RESPONDENT KYM WORTHY, WAYNE COUNTY PROSECUTOR ON PETITIONER DERRICK LEE CARDELLO-SMITH FROM 1997 THROUGH 2025.

3. ALL MATERIALS, NOTES, PHONE RECORDS, DOCUMENTS, WITNESSES, REPORTS, POLICE RECORDS, MEDICAL RECORDS RELATED TO THE 1997 DEATH OF CARL BISHOP.

4. ALL CORONERS REPORTS RELATED TO THE DEATH OF CARL BISHOP AND ULTIMATE 1997 CHARGES OF SECOND-DEGREE MURDER UPON PETITIONER, DERRICK LEE CARDELLO-SMITH HELD BY THE RESPONDENTS.

5. ALL NOTES, RECORDS, MATERIALS, PHONE CALLS, PHONE RECORDS, EMAILS AND OTHER MATERIALS HELD BY RESPONDENT PATRICIA PENMAN OF THE WAYNE COUNTY PROSECUTORS OFFICE AND DETECTIVE OF THE DEARBORN POLICE DEPARTMENT.

6. ALL RECORDS, NOTES, DOCUMENTS AND MATERIALS HELD BY THE DETRIT POLICE DEPARTMENTS OFFICER NICOLE RABIOR FROM 1997 THROUGH 2019.

7. Copies of all Emails received by the Respondents from Any Staff Member, employee or agent of the Michigan Department of Corrections from January 1, 2024 through June 1, 2025.

8. Copies of all Emails received by the Respondents from Any Staff Member, employee or agent of the Michigan Department of of Attorney Generall's Office from January 1, 2024 through June 1, 2025.

9. All records, notes and documents held by the Respondents Lawyers, Kristoffer Butler, David Fink, Fink Bressack.

These documents are needed and necessary for the purposes of the Petitioner pursuing further postconviction relief that is not avilable to the petitione rin anyway.

Petitioner has already served Subpoenas upon the Respondents and provided them the required 30 days to produce these documents and the date of prodcution or to file any answer has been ignored, refused or just plain refused to cooperate with this Petitioners Commands to produce the required documents and that time limit expired on May 25, 2025, resulting in this action being provided to this court.

## RELIEF SOUGHT

Wherefore, Petitioner prays this court will enter an orde rto GRANT the Production of said discovery by the respondents and that this court will issue said order respetively and grant any further relief this court deems necessary and appropriate.

Respectfully Yours,

Derrick Lee Cardello-Smith
#267009
IMAX-1576 W. Bluewater Highway
1576 W. Bluewater Highway
Ionia, MI 48846

**NAME:** Derrick Lee Cardello-Smith
**Number:** #267009
**Address:** Ionia MAximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

Case 2:25-10754
Mailed on 5-28-25

Clerk-US District Court
231 W. Lafayette Blvd
Room 564
Detroit, MI 48226

JUN 03 2025
CLERK'S OFFICE
DETROIT

48226-271839