3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION




DERRICK LEE CARDELLO-SMITH,#267009,
Plaintiff,

Vs

Case No 2:25-cv-10754
Honorable Mark Goldsmith

SEAN COMBS,
Defendant,
______________________________/

OFFER OF PROOF CONFIRMING THE
PETITIONERS ORIGINAL SENTENCE FOR
2ND-DEGREE MURDER-WITH SELF-DEFENSE VARIABLES
CONFIRMING PETITIONERS BEING HELD ILLEGALLY &
ON RESPONDENTS UNLAWFUL ORDERS FOR IMPRISONMENT

Now comes the Petitioner, Derrick Lee Cardello-Smith in the above cause and submits this Offer of Proof to the court confirming the Petitioners Original Sentence of 2nd Degree Murder and not the criminal sexual conduct crimes for which the Petitioner has been wrongfully convicted and to meet the Burden of Establishing the entitlement to the relief sought by this Petitioner for having the Court grant the petitioner original habeas petition and the relief sought in the immediate release of the petitioner.

RELIEF SOUGHT

Wherefore, Petitioner prays the court will grant the offer of proof that shows the respondents have been holding the petitioner in custody illegally and grant the immediate release of this petitioner and any further relief this court deems necessary and appropriate.

Respectfully Yours,

June 2, 2025

Derrick Lee Cardello-Smith
#267009
IMAX-1576 W. Bluewater Highway
Ionia, MI 48846

Approved, SCAO

Blue - Corrections
Green - Corrections (for return)
Pink - Defendant
Goldenrod - Prosecutor

**STATE OF MICHIGAN
THIRD JUDICIAL COURT
CRIMINAL DIVISION**

**JUDGMENT OF SENTENCE
COMMITMENT TO
CORRECTIONS DEPARTMENT**

CASE NO.
98-004133-01 [illegible]9267009

ORI
MI-
Police Report No.

Court address
1441 ST. ANTOINE STREET 48226

Court telephone no.
313 224-2421

THE PEOPLE OF THE STATE OF MICHIGAN

v

Defendant's name, address, and telephone no.
Derrick Lee Cardello-Smith

| CTN | SID | DOB |
|---|---|---|
| 82-98-8066974-01 | 1504755E | 11/1/72 |

Prosecuting attorney name: JOHN D. O'HAIR
Bar no.: P-18432

Defendant attorney name: PRO PER
Bar no.

**THE COURT FINDS:**

1. The defendant, represented by counsel, was found guilty on 5/1/98 (Date) of the crimes stated below:

*Plea: use "G" for guilty plea; "NC" for nolo contendere; "MI" for guilty but mentally ill.

| Count | CONVICTED BY Plea* | Court | Jury | CRIME | CHARGE CODE(S) MCL citation/PACC Code |
|---|---|---|---|---|---|
| 1 | NC | | | ~~SECOND DEGREE MURDER-Self-Defense Variables~~ CLOSED SENTENCE HEARING FOR PLEA-SEALED | ~~750.316~~ |
| | | | | | |
| | | | | | |

☐ 2. The conviction is reportable to the Secretary of State under MCL 257.732 or MCL 281.1040.
The defendant's driver license number is: ____________

☐ 3. HIV testing was ordered on ____________ (Date). Confidential test results are on file.

**IT IS ORDERED:**

4. Defendant is sentenced to custody of Michigan Department of Corrections. This sentence shall be executed immediately.

| Count | SENTENCE DATE | MINIMUM Years | Mos. | Days | MAXIMUM Years | Mos. | DATE SENTENCE BEGINS | JAIL CREDIT Mos. | Days | OTHER INFORMATION |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5/26/98 | 25 | --- | --- | 35 | --- | 5/26/98 | | 43 | |
| | CONCURRENT WITH 97-10147, 971046 DISMISSED-NO-CONTEST PLEA RESTITUTION DEFERRED PER JUDGE'S KYM WORTHY & HARVEY TENNEN | | | | | | | | | |
| | | | | | | | | | | |

☐ Defendant shall pay restitution of $____________. If a cash bond/bail was personally posted by the defendant, Payment toward restitution is to first be collected out of that bond/bail and allocated as specified under MCL 775.22.

☐ 5. Sentence(s) to be served consecutively/concurrently to:
☐ each other. ☐ Case Numbers: ____________

6. Defendant shall pay a $60.00 assessment for the Crime Victim Rights Fund.

7. Defendant shall pay a $150.00 assessment for forensic lab test.

☐ 8. Court recommendation: 97-10146 DISMISSED, COUNSELING

5/26/98
Date

Judge: HON. HARVEY F. TENNEN
Bar no.

Under MCL 769.16a the clerk of the court shall send a copy of this order to the Michigan State Police Central Records Division to create a criminal history record.

I certify that this is a correct and complete abstract from the original court records. The sheriff shall, without needless delay, deliver defendant to the Michigan Department of Corrections at a place designated by the department.

(SEAL)

Deputy court clerk

MCL 765.15(2): MSA 28.902(2), MCL 769.16a; MSA 28.1086(1), MCL 775.22; MSA 28.1259, MCL 780.766; MSA 28.1287, MCR 6.427

219b (1/98) **JUDGMENT OF SENTENCE, COMMITMENT TO CORRECTIONS DEPARTMENT**

NAME:
Number:
Address:
Address:
Mr. Derrick Lee Cardello-Smith
#267009
Ionia Maximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

Mailed on 6-1-25
Case No 2:25-cv-~~0754~~ 10754

GRAND RAPIDS MI 493
3 JUN 2025 PM 2 L

USA ★ FOREVER

Office of the Clerk
United States District Court-Eastern
theodore Levin US Courthouse
Case Processing Section-Room 564
231 W. Lafayette Blvd
Detroit, MI 48226

RECEIVED
JUN 06 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

48226-279426