F I L E D
JUN 17 2025
CLERK'S OFFICE
DETROIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,
    Petitioner

Vs

Case No 2:25-cv-10754

Honorable Mark Goldsmith

SEAN COMBS,
KYM WORTHY,
PATRICIA PENMAN, et al
    Respondents,
_____/

## OFFER OF PROOF OF FELONY WARRANT FOR SEAN COMBS ARREST IN 1997 EXISTED BUT NEVER EXECUTED PER RESPONDENTS ORDER TO NOT ARREST RESPONDENT SEAN COMBS

    Petitioner, Derrick Lee Cardello-Smith, in the above cause, now submits this offer of proof of the felony warrant that existed in 1997 calling for the arrest of Sean Combs, but never executed based on the orders and instructions of Kym L. Worthy, respondent in this case who has destroyed this Petitioners credibility and claimed that the petitioner has provided false documentation.
    This warrant is clearly a detailed warrant from the Special Section of the Detroit Recorders Court and filed in the 36th District Court in Detroit, Michigan, but was never executed in this matter.
    This warrant supports this petitioners ongoing claims that a rape, cover-up and attempted murder of this petitioner happened and it was on the orders of he respondents working together to frame the petitioner.

    I ask this court to allow this offer of proof into the court record because petitioner plans to call the parties in this case for testimony.

Thank you for your time in this matter.

June 9, 2025

Derrick Lee Cardello-Smith, #267009
Petitioner
Ionia Maximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

| | | |
|---|---|---|
| STATE OF MICHIGAN | WARRANT<br>FELONY | 1997722163 |
| 36TH DISTRICT COURT DETROIT<br>3rd Judicial Circuit | | Case No 1997722163<br>CIRCUIT |

| The People of the State of Michigan | | Offense Information<br>Police Agency/Report No<br>19997722163. |
|---|---|---|
| -vs-<br>SEAN J. COMBS, A/K/A. PUFFY, Musician,<br>Artis, Talent Booker, Founder of Bad Boy Inc. | FILED<br>36TH DISTRICT COURT<br>City of Detroit<br>JULY 2, 1997<br>Wednesday, 08:39AM | |

Date of Offense(s)
06/15/97
Place of Offense(s)
First Location-Hotel, Adrian, Michigan (Rape/Assault/Weapon/Sexual Assault/Unlawful imprisonment/Possession of a Weapon/AWDW
Secondary Location-Detroit Police Department-Crime Lab-Warehouse, Back Parking Lot Sector- Detroit, Michigan, Wayne County

Complainant or Victim
DERRICK LEE CARDELLO-SMITH
Complaining Witness
SERGEANT PATRICK JACKMAN

STATE OF MICHIGAN, COUNTY OF WAYNE
To any peace officer or court officer authorized to make arrest. The complaint witness has filed a sworn complaint in this court stating that on the date and the location described, the defendant, contrary to law,

COUNT 1: CRIMINAL SEXUAL CONDUCT-FIRST DEGREE (Multiple Variables)
did engage in sexual penetration, to-wit; penis to rectum (sodomize), with Derrick Lee Cardello-Smith, under the following circumstances(s), during the commission of the felony of kidnapping and/or defendant was armed with a weapon or any article used or fashioned in a manner to lead the victim to reasonably believe it to be a weapon, and /or defendant effected sexual penetration through force or coercion and the victim personally sustained personal injury, contrary to MCL 750.520b [750.520B]
FELONY: life or any number of years upon conviction.

COUNT 2: CONSPIRACY TO CONCEAL EVIDENCE OF CRIME, OBSTRUCTION OF JUSTICE THROUGH INTIMIDATION, PAYMENT, EXTORTION TO FALSIFY REPORTS OF CRIME, TRANSPORTATION OF EVIDENCE FROM ONE LOCATION TO A SECONDARY LOCATION, CONSPIRACY TO AID WITH THE CONCEALMENT OF CRIME WITH OTHER LAW ENFORCEMENT OFFICIALS IN THE CITY OF DETROIT, MICHIGAN, COUNTY OF WAYNE, CONTRARY TO MICHIGAN COMPILED LAWS
did engage in the acts of concealing the evidence of a crime from one location, Adrian, Michigan, by taking evidence o said crime from the primary location of the hotel in Adrian, Michigan to the Aiders and Abettors in the City of Detroit, Michigan ,County of Wayne, by providing the parties, persons of Patricia Penman, Dearborn Police Department, Kym L Worthy, Detroit Recorder's Court Judge, Harvey F. Tennen, Detroit Recorder's Court Judge, Adrian Police Department Evidence Technicians, Detroit Crime Laboratory Sexual Assault Kit Technicians, A. Mcniel (Mcneal) Detroit Police Officer, Sean Combs, (Artist), Security Detailed Staff of Sean Combs, Also known as Puff Daddy of New York. Purpose, to violate Compiled Law and to conceal Sexual Assault of Victim Derrick Lee Cardello-Smith of Detroit, Michigan, County of Wayne, Date of Birth, 11-01-1972 and to ensure report is conducted to conceal the assault of victim and to conceal evidence of criminal activity involving the criminal report that Defendant Sean J. Combs did engage in sexual penetration, to-wit; penis to rectum (sodomize), with Derrick Lee Cardello-Smith, under the following circumstances(s), during the commission of the felony of kidnapping and/or defendant was armed with a weapon or any article used or fashioned in a manner to lead the victim to reasonably believe it to be a weapon, and /or defendant effected sexual penetration through force or coercion and the victim personally sustained personal injury, contrary to MCL 750.520b [750.520B]
FELONY: Life, or any number or years upon conviction.

HABITUAL OFFENDER-NOTICE- Lein reveals no prior felony convictions for supplemental increase.
the complaining witness asks that defendant be apprehended and dealt with according to law.

Defendants name and address:
OUTER STATE LOCATION
SEAN COMB (ARTIST-BAD BOY ENTERTAINMENT
1710 BROADWAY, FL2
NEW YORK, NEW YORK, 10019
INNER STATE LOCATION
7541 YALE ROAD, AVOCA, MI 48006

Victim or Complainant
DERRICK LEE CARDELLO-SMITH
Complaining Witness
Patrick Jackman, DPD
Date:
On or about 06/15/97

Witnesses
SEAN COMB a/k/a/ Puffy, (ARTIST)
KYM L WORTHY (JUDICIAL OFFICER)
PATRICK JACKMAN, (DETROIT POLICE OFFICER)
ROBERT FICANO (OFFICIAL)
PATRICIA PENMAN (DETECTIVE, DEARBORN POLICE DEPARTMENT)
Witnesses subject to be added as investigation and prosecution proceeds.

Upon examination of the complaining witness, I find the offense charged was committed and that there is probable cause to believe that defendant committed the offense. THEREFORE, IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN, I order you to arrest and bring defendant before the _____ District Court immediately.

☐ The defendant may be released before arraignment $ _____ is posted as interim bail by _____

7/1/97
Date                                                                                                                          Bar No.
                                    (SEAL) 36TH DISTRICT COURT Judge/Magistrate
                                           City of Detroit
                                           JULY 2, 1997
See Return on reverse side.              Wednesday, 08:39AM

MCL 764.1 et seq. MSA 28.860 et seq; MCL 766.1 et seq; MSA 28.919 et seq MCL 767.1 et seq; MSA 28.941 et seq
MC 200 (6/91) FELONY SET, Warrant                                                                        MCR 6.102

COURT COPY-WARRANT

↓    ↓   ↓     ↓
Note: Felony Complaint, Warrant, Homicide Evidence-Carl Bishop, Sexual Assault Kit-Sean Combs, Placed into Custody of Judicial Officer Kym L. Worthy P38875 Officer Patrick Jackman, 9th Precinct, Gratiot-Station--for Criminal, Proceedings with the VCTF-Internal Affairs Division of Station HQ, 1300 Beaubien Occurring on 7-3-97:14.15:43hours

2 of 2

Derrick Lee Cardello-Smith
#267009
Ionia Maximum Correctional Facility
157 W. Bluewater Highway
Ionia, MI 48846

June 9, 2025

Office of the Clerk
Clerk of the Court
United States District Court-Eastern
Theodore Levin US Courthouse
231 W. Lafayette Blvd-Room 564
Detroit, MI 48846

    Re: Derrick Lee Cardello-Smith vs Sean Combs, et al
        Case No 2:25-cv-10754

Dear Clerk:

Enclosed for filing in the above cause, the following documents:

    1. OFFER OF PROOF CONFIRMING FELONY WARRANT ISSUED IN THE 36TH DISTRICT COURT FOR SEAN COMBS ARREST IN 1997.
    2. ACTUAL FELONY WARRANT

Thank you for your time.

Derrick Lee Cardello-Smith

Derrick Lee Cardello-Smith
#267009
Ionia Maximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

Mailed on 6-10-25
Case No 2:25-cv-10754



FIRST-CLASS

US POSTAGE — PITNEY BOWES
ZIP 48846
02 7W
0000038269 JUN 11 2025
$ 000.69⁰

Office of the Clerk
United States District Court-Eastern
Theodore Levin US Courthouse
231 W. Lafayette Blvd-Room 564
Detroit, MI 48226

RECEIVED
JUN 17 2025
CLERK'S OFFICE
DETROIT