UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE-CARDELLO SMITH,

      Petitioner,                          Case No. 25-cv-10754

v.

                                    HON. MARK A. GOLDSMITH

MR. MCCAULEY, et al,

      Respondents.

_____ _ _____/

### OPINION AND ORDER DENYING PENDING MOTION WITHOUT PREJUDICE (Dkt. 39)

On August 6, 2025, this Court transferred Petitioner Derrick Lee-Cardello Smith's pro se petition for a writ of habeas corpus – pursuant to to 28 U.S.C. § 2254—to the Sixth Circuit Court of Appeals under 28 U.S.C. § 2244(b)(3)(A).  8/6/26 Transfer Order (Dkt. 38).  As explained in that Order, the petition is a successive challenge and the Sixth Circuit must determine whether Petitioner is permitted to file a successive petition.  Id.  In that same Order, the Court denied over a dozen then-pending motions without prejudice because this Court loses jurisdiction over a state habeas petition upon its transfer.

For the same reasons explained in that Order, the Court cannot consider, and denies without prejudice, Petitioner's motion filed on August 11, 2025 (Dkt. 39).  Accordingly, the motion is denied without prejudice.

     **SO ORDERED.**

Dated: March 16, 2026                    s/Mark A. Goldsmith
Detroit, Michigan                     MARK A. GOLDSMITH
                                    United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 16, 2026.

s/Joseph Heacox
JOSEPH HEACOX
Case Manager